## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UCI INTERNATIONAL, LLC, et al.[1] | Case No. 16-11354 (MFW) |
| Debtors | Jointly Administered |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

UCI International, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes, methodology, and specific disclosures regarding the Debtors' Schedules and Statements (these "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of each of the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: UCI International, LLC (0186); Airtex Industries, LLC (0830); Airtex Products, LP (0933); ASC Holdco, Inc. (9758); ASC Industries, Inc. (7793); Champion Laboratories, Inc. (5645); UCI Acquisition Holdings (No. 1) Corp (5732); UCI Acquisition Holdings (No. 3) Corp (8277); UCI Acquisition Holdings (No. 4) LLC (8447); UCI-Airtex Holdings, Inc. (5425); UCI Holdings Limited (N/A); UCI Pennsylvania, Inc. (1527); and United Components, LLC (9857). The mailing address for each Debtor is 1900 West Field Court, Lake Forest, Illinois 60045.

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein or in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Although reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and financial advisors are advised of the possibility of such damages.

Ricardo Alvergue or Jay Machado, as applicable, in their respective capacities as the CFO of certain of the Debtors, has signed each of the Schedules and Statements. Mr. Alvergue and Mr. Machado are authorized signatories for the applicable Debtors. In reviewing and signing the Schedules and Statements, Mr. Alvergue and Mr. Machado necessarily have relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Neither Mr. Alvergue nor Mr. Machado has (nor could have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.  **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation: the right to amend the Schedules and Statements with respect to a claim (each a "Claim") description, designation, or the Debtor against which the Claim is asserted; to dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; to subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or to object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" shall not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim shall not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy

laws to recover assets or avoid transfers.  No specific reservation of rights contained elsewhere in these Global Notes shall limit in any respect the general reservation of rights contained in this paragraph.

2.  **Description of Cases and "As Of" Information Date**.  On June 2, 2016 (the "Petition Date"), each of the Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket No. 49].  No party has requested the appointment of a trustee or examiner in these chapter 11 cases.  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 10, 2016, the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors in these chapter 11 cases [Docket No. 103].

The asset and liability information provided in the Schedules represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted.

3.  **Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date.  Because the book values of certain assets, including, without limitation, patents, trademarks and copyrights, may materially differ from the fair market values of such assets, the Debtors have listed certain assets with undetermined values.  In addition, certain assets may not appear in the Schedules and Statements because the Debtors have depreciated the entire book value of such assets or otherwise expensed such assets in their entirety.  Furthermore, certain of the Debtors have assets related to their ultimate equity interests in certain non-Debtor foreign affiliates, the market value of which may differ significantly from the reported book value.  The Schedules and Statements of such Debtors reflect only the undetermined value of the Debtors' ownership of their direct subsidiaries.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

4.  **Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed thereon were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

01:19088287.1

5.      **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

6.      **Excluded Assets and Liabilities**.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that the Debtors may or may not reject, to the extent such damage Claims exist or may arise.  In addition, certain immaterial assets and liabilities may have been excluded.

The Court has authorized the Debtors to pay, in their discretion, certain outstanding prepetition Claims on a postpetition basis.  Prepetition liabilities which have been paid postpetition or those which the Debtors intend to pay in pursuant to this authorization may have been excluded from the Schedules and Statements.

7.      **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" in accordance with section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and, by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to:  (i) any insider's influence over the control of the Debtors; (ii) the management responsibilities or functions of any such insider; (iii) the decision making or corporate authority of any such insider; or (iv) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

8.      **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.      **Executory Contracts**.  Although the Debtors made reasonable and diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so given the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10.     **Classifications**.  Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Part 1 of Schedule E/F as "priority," (c) a Claim on Part 2 of Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

01:19088287.1

11. **Claims Description**.  Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated."  Any failure to designate a Claim on a given Schedules or Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.   Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12. **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any relevant non-bankruptcy laws to recover assets or avoid transfers.   The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

13. **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

   a.  Undetermined Amounts.   The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

   b.  Totals.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c.  Paid Claims.   The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Court. Accordingly, certain scheduled liabilities may have been reduced by postpetition payments made on account of prepetition liabilities.  To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

01:19088287.1

    d.   <u>Liens</u>.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or may have attached) to such property and equipment.

14.    **<u>Currency</u>**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

15.    **<u>Intercompany Claims</u>**.  Intercompany payables and receivables among the Debtors in these chapter 11 cases and among the Debtors and their non-Debtor affiliates are reported at book value on Schedule A/B or Schedule E/F, as applicable.  Intercompany transfers between Debtors and their non-Debtor affiliates are set forth on Statement 4.  Intercompany balances are reflected as of the Petition Date throughout the Schedules and Statements.  In the ordinary course of business, receivables and payables are created between and among the various Debtors and their non-Debtor affiliates.  Unless otherwise noted in the Schedules and Statements, the Debtors record the resulting net balances of these transactions in their books and records as equalized entries that have been entered into in the ordinary course of business.  The listing of any amounts with respect to such receivables and payables is not and shall not be construed as an admission of the characterization of such balances as debt, equity or otherwise.  Furthermore, the listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or Claim status of any intercompany liability account.  The Debtors reserve all rights to later change the characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

Certain of the Debtors act on behalf of other Debtors in the ordinary course of business.  The Debtors have made reasonable efforts to indicate the ultimate beneficiary of a payment or obligation.  Whether or not a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein shall constitute an admission that any particular Debtor entity is an obligor with respect to any such payment.  The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

16.    **<u>Setoffs</u>**.  The Debtors periodically incur certain setoffs in the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, negotiations and/or disputes between Debtors and their customers regarding regulatory or governmental impositions costs incurred by Debtors, and other disputes between the Debtors and their customers and/or suppliers.  These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary-course setoffs.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements.

01:19088287.1

17.    **Employee Addresses**. Employee addresses have been removed from entries listed on Schedule E/F, where applicable.  The address of the Debtors is used for employees who are listed on the Statements.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedules A/B**

**Part 1**.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Use Their Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Continue Interdebtor Transactions, and (D) Maintain Existing Check Stock, (II) Waiving the Requirements of Section 345(b) on an Interim Basis and (III) Granting Related Relief* [Docket No. 8] (the "Cash Management Motion").  Amounts identified in Item 2 of Part 1 reflect actual amounts in the respective accounts as of the Petition Date and may vary from the amounts currently reflected in the Debtors' books and records.

**Part 2**.  The Court has entered a final order granting the *Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured of Future Payment, and (III) Establishing Procedures for Determining Adequate Assurance of Payment* [Docket No. 6], which authorized the Debtors to provide adequate assurance of payment for future utility services, including an initial deposit in the amount of $300,000 [Docket No. 291] (the "Utilities Order").  Such deposits are not listed on Schedule A/B, which is presented as of the Petition Date.  Additionally, the amounts set forth on Part 2 of Schedule A/B do not include amounts held as retainers by professionals.

**Part 5**.    The Court has entered a final order granting the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Ordinary Course Affiliate Transactions with Non-Debtor Subsidiaries and Non-Debtor Affiliates and Granting Administrative Priority Status to Postpetition Claims Arising from Such Transactions and (B) Pay Prepetition Trade Payables of Certain Non-Debtor Subsidiaries, and (II) Granting Related Relief* [Docket No. 15] (the "Affiliate Transactions Motion"), which, among other things, authorized the Debtors to sell products to, and buy products from, certain of their non-Debtor affiliates in the ordinary course of business [Docket No. 297] (the "Affiliate Transactions Order").  Pursuant to the Affiliate Transactions Order, the Debtors have sold and intend to continue selling products to, and purchase products from, certain of their non-Debtor affiliates in the ordinary course of business.

**Part 8**.  The Court has entered a final order granting the *Motion of the Debtors for Entry of an Order Approving Certain Procedures for the Sale, Transfer or Abandonment of De Minimis Assets* [Docket No. 130], which approved procedures for the Debtors to sell or abandon surplus, obsolete, non-core, burdensome, non-performing or underperforming assets such as equipment at the Debtors' Fairfield, Illinois facility [Docket No. 293] (the "De Minimis Sale Order").  The Debtors have also filed the *Debtors' Motion for Entry of an Order Authorizing Certain Transactions with Non-Debtor Subsidiary in Furtherance of Fairfield Facility Closure* [Docket

No. 335], which requests entry of an order (the "Fairfield Closure Order") approving procedures for the sale of certain equipment currently located at the Fairfield, Illinois facility to a non-Debtor affiliate of the Debtors, Talleres Mecanicos Montserrat, S.A. de C.V.  Pursuant to the De Minimis Sale Order and, subject to Court approval, the Fairfield Closure Order, the Debtors have sold and may in the future sell or abandon certain equipment listed on Schedule A/B, which is presented as of the Petition Date.

**Part 9**.  For the Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation.  The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.  Buildings and land improvements are listed on Schedule A/B independent of whether the real property to which the building or land improvement is connected is Debtor-owned property.  The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

Certain real property owned by the Debtors is pledged to secure the Debtors' obligations under their prepetition ABL credit facility.  A detailed description of such credit facility can be found in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition ABL Secured Parties Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* [Docket No. 18].

**Part 10**.  Because the Debtors do not attribute any book value to their customer lists and other intellectual property, the Debtors have listed these assets with undetermined values.  The Debtors' intellectual property may include the Debtors' rights under various agreements set forth on Schedule G.

**Part 11**.  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter claims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be parties to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter claims and/or cross-claims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.

UCI Holdings Ltd. has accumulated significant net operating losses ("NOLs") on behalf of certain of the other Debtors for United States federal and state income tax purposes. As of the Petition Date, these NOLs were fully reserved, resulting in a net book value of zero due to the unlikelihood of utilizing the NOLs within a reasonable period of time.

**Schedule D**.  Except as otherwise agreed pursuant to a stipulation or final order of the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or

01:19088287.1

challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. The secured debt is jointly and severally the responsibility of multiple Debtors, and, as such, the liability has been listed with respect to each Debtor who is an obligor or guarantor of such debt. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the Debtors' debt, only the applicable agents or trustees have been listed for purposes of Schedule D. As set forth on the Schedules, the amounts outstanding under the prepetition ABL credit facility reflects approximate amounts as of the Petition Date.

### Schedule E/F

**Part 1**. The Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, on July 3, 2016, the Court entered the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief* [Docket No. 70] (the "Wages Order"), which authorized the Debtors to pay or honor certain prepetition obligations with respect to employee wages, salaries and other compensation, reimbursable employee expenses and similar benefits. Additionally, on the same date, the Court entered the *Order Authorizing (I) Debtors to Pay Certain Prepetition Taxes and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [Docket No. 73], authorizing the Debtors to pay or honor certain prepetition obligations owed to taxing authorities. To the extent such Claims have been paid or may be paid pursuant to further Court order, they may not be included on Part 1 of Schedule E/F.

**Part 2**. The Debtors have used reasonable efforts to report all non-priority general unsecured Claims against the Debtors on Part 2 of Schedule E/F based upon the Debtors' existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtors reserve all of their

rights with respect to any such credits and allowances, including the right to assert objections and/or setoffs with respect to same.  Part 2 does not include certain deferred charges, deferred liabilities, accruals, or general reserves.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.  The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed on Part 2 of Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact.  Determining the date upon which each Claim on Part 2 was incurred or arose would be unduly burdensome and cost prohibitive.  As a result,  the Debtors have not listed a date for each Claim listed on Part 2.

Part 2 of Schedule E/F contains information regarding pending litigation involving the Debtors.  The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  Certain of the litigation Claims listed on Part 2 may be subject to subordination pursuant to section 510 of the Bankruptcy Code.

Part 2 of Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts may, however, be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  Additionally, Part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

Amounts set forth on Part 2 of Schedule E/F may not reflect balances that have been paid pursuant to certain "first day" orders or other similar relief granted by the Court, including, without limitation, the Wages Order, the Utilities Order, the *Final Order Authorizing (I) Payment of Prepetition Claims of Certain Vendors, (II) Approving and Authorizing Procedures Related Thereto, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief* [Docket No. 298], or the *Order Granting the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay prepetition Obligations Owed to Foreign Vendors and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers* [Docket No. 75].

Schedule E/F does not reflect the prepetition retention agreements with certain employees, which the Debtors entered into in connection with stabilizing the business as negotiations continued regarding an out-of-court restructuring prior to the Petition Date.  Under the Retention Agreements, (i) the employees were paid a lump sum in exchange for entering into an agreement to repay the amount if they resigned before December 31, 2016 and (ii) the Company committed to pay the individuals a second installment on December 31, 2016.  The cost of the entire program was approximately $1.1 million, and $460,000 remained unpaid and outstanding.  For further information on the Retention Agreements, please see the *Declaration of Brian Whittman in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 4] and the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits*

01:19088287.1

10

*Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief* [Docket No. 9].  The Debtors have not sought relief from the Court with respect to the Retention Agreements.

**Schedule G**.  The Debtors' businesses are complex.  Although the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and the Debtors have made diligent efforts to ensure the accuracy of each Debtor's Schedule G, inadvertent errors and omissions may have occurred.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  The Debtors reserve all of their rights to alter, amend, or supplement Schedule G to the extent that additional executory contracts are identified.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable against one or more of the Debtors.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

As is customary for an enterprise of the Debtors' complexity and size, the Debtors are party to various confidentiality and non-disclosure agreements in the ordinary course.  By their terms, certain of these agreements may prohibit the disclosure of those agreements or the identity of the counterparty.  The Debtors have therefore excluded confidentiality or non-disclosure agreements from the applicable Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, without limitation, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects

01:19088287.1

such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same counterparty appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such counterparty.

The Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, and title agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend the Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory contracts or unexpired leases that have not been reduced to writing, if any, are not included on Schedule G.

The Debtors' omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The Debtors utilize purchase orders to obtain goods from various vendors in the ordinary course of business. The Debtors' rights under the Bankruptcy Code with respect to any such omitted purchase orders are not impaired by the omission.

The Debtors reserve all of their rights, claims and Causes of Action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim. In addition, the Debtors reserve all of their rights to dispute the validity and/or effectiveness of any contract, agreement or lease identified on Schedule G or to amend Schedule G at any time to remove any such contract, agreement or lease.

**Schedule H**. The Debtors that are either principal obligors or guarantors with respect to the Debtors' prepetition funded debt are listed as co-debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or guarantees are discovered to have expired or to be unenforceable.

Certain of the Debtors are involved in pending or threatened litigation. These matters may involve multiple plaintiffs and/or defendants, certain of which have asserted or may assert cross-Claims or counter-Claims against other parties. Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on Part 2 to each Debtor's Schedule E/F and each such Debtor's Statement 7, as applicable.

01:19088287.1

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders (which payments appear in Statement 4), bankruptcy professionals (which payments appear in Statement 11) and employees.

**Statement 4**.  Statement 4 presents (a) transactions among the Debtors, (b) transactions between the Debtors and their non-Debtor affiliates and (c) other transfers to insiders.  As described in the Cash Management Motion, in the ordinary course of business, the Debtors provide goods and services to, and engage in intercompany financial transactions with, one another, resulting in receivables and payables between the applicable Debtors (collectively, "Interdebtor Claims").  In addition, as described in the Affiliate Transactions Motion, in the ordinary course of business, the Debtors and certain of their non-Debtor affiliates sell products to each other, at a cost-plus basis, in accordance with typical transfer pricing rules that the Debtors believe reflects a contract manufacturer's arm's length price, resulting in intercompany receivables and payables between the applicable Debtor and non-Debtor affiliate (collectively, "Intercompany Claims").  Any Interdebtor Claims and Intercompany Claims are captured by the difference between the opening balance and ending balance of such claims in the year before the Petition Date.  These differences reflect all such activity during the period, including, but not limited to, new Interdebtor Claims and Intercompany Claims incurred, payments made to settle outstanding Interdebtor Claims and Intercompany Claims due, and the contribution or other non-cash settlement of Interdebtor Claims and Intercompany Claims.

With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals in the year before the Petition Date, including compensation and other employee benefits.

**Statement 7**.  Statement 7 lists only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum.  Additionally, any information listed in Statement 7 shall not be a binding admission of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.  The Debtors reserve all rights with respect to the suits and administrative proceedings listed in Statement 7, and any claims filed in relation to such suits and administrative proceedings.

**Statement 9**.  Certain *de minimis* gifts that are not reported or tracked centrally may have been excluded.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors may not, however, have records of all such losses to the extent such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.  Therefore, some losses may have been excluded.

**Statement 21**.  Debtors Champion Laboratories, Inc., Airtex Products, LP and ASC Industries, Inc. from time to time (i)  maintain inventory and/or tooling that is owned by their  customers and/or suppliers at their respective facilities and/or (ii) maintain finished products and/or raw materials inventories at the location of their customers and/or suppliers.  The value of such

inventory, tooling, finished products and/or raw material can be and often is material; however, it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of these assets. Accordingly, the applicable Debtors have listed the value of such inventory, tooling, finished products and/or raw material as undetermined in Statement 21.

**Statements 22–24**. The Debtors have operated in many locations over an extended period of time. For current or former locations, the Debtors may no longer have relevant records, or the records may no longer be complete or reasonably accessible and reviewable. In addition, some individuals who once possessed responsive information are no longer employed by the Debtors. For these reasons, it may not be possible to identify and supply the requested information for every "site" and "proceeding" that could potentially be responsive to Part 12 of the Statements going back to the beginning of the Debtors' operations at every site. The Debtors have made reasonable efforts to identify all applicable environmental information as required by Part 12. These efforts included reviewing the Debtors' environmental records and incorporating the historical knowledge of the Debtors into the Schedules and Statements to the extent applicable and practicable.

Where certain requested categories of information were not reasonably available for an identified site or proceeding, the Debtors' response provides as much information as is reasonably available. The Debtors' responses to Part 12 of the Statements do not include proceedings related to non-environmental laws, such as occupational safety and health laws or transportation laws. The Debtors also make routine reports and submissions concerning discharges resulting from normal operations consistent with regulatory requirements, such as discharge monitoring reports, toxic release inventory submissions and submissions concerning air emissions. The Debtors' responses to Part 12 are limited to those reports and submissions that identify uncontrolled releases and hazardous materials and do not purport to identify all routine reports and submissions. The Debtors believe these efforts not only satisfy the requirements of Part 12 but also satisfy the Debtors' objective of identifying all potential environmental liabilities so that any potential liability is brought to a resolution through these chapter 11 proceedings. Due to data limitations and the latent nature of potential environmental liabilities, the Debtors acknowledge the possibility that potential environmental liabilities may be discovered subsequent to the filing of the Schedules and Statements. The Debtors reserve all rights to amend or supplement the Schedules and Statements as necessary or appropriate.

**Statement 26a-c**. The Debtors have listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtors' books and records. Notwithstanding this listing, additional parties not listed may have had access to the Debtors' books and records, including individuals listed in response to Statements 28 and 29.

**Statement 30**. Where applicable, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

[END OF GLOBAL NOTES]

01:19088287.1

ACTIVE 216401539v.5

**Fill in this information to identify the case:**

Debtor name  Champion Laboratories, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                                                    (State)

Case number (If known):    16-11359 _____

☐ Check if this is an
    amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................
   $ _____14,451,240.82

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..............................................................................
   $ _____133,538,424.54
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................................
   $ _____147,989,665.36
   + undetermined amounts

## Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............................
   $ _____69,981,734.17
   + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................
   $ _____0.00
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............................
   **+** $ _____598,190,927.60
   + undetermined amounts

4. **Total liabilities** ...............................................................................................................................
   Lines 2 + 3a + 3b
   $ _____668,172,661.77
   + undetermined amounts

**Fill in this information to identify the case:**

Debtor name  Champion Laboratories, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known):  16-11359

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See attached rider | | | $ 143,446.38 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____ — $_____
4.2. _____ — $_____

5. **Total of Part 1** — $ 143,446.38
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1. See attached rider | $ 158,686.36 |
| 7.2. | $ |

Debtor    Champion Laboratories, Inc.                                      Case number (*if known*) 16-11359
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See attached rider                                                              $                433,747.84
   8.2.                                                                                  $

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                     $                592,434.20

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    |  |  | Current value of debtor's interest |
    |---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    45,283,363.16   –   0.00   = ......➔   $    45,283,363.16
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:       5,118,364.60    –   1,178,000.47   = ......➔   $    3,940,364.13
                                 face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.              $    49,223,727.29

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1.                                                                     $
    14.2.                                                                     $

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1.                                        %                            $
    15.2.                                        %                            $

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1.                                                                     $
    16.2.                                                                     $

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                       $                0.00

Debtor    Champion Laboratories, Inc.
          Name

Case number (if known)  16-11359

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| See attached rider | MM / DD / YYYY | $ 12,562,370.00 | | $ 12,562,370.00 |
| 20. **Work in progress** | | | | |
| See attached rider | MM / DD / YYYY | $ 6,339,070.00 | | $ 6,339,070.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| See attached rider | MM / DD / YYYY | $ 28,381,571.00 | | $ 28,381,571.00 |
| 22. **Other inventory or supplies** | | | | |
| Other inventory and supplies | MM / DD / YYYY | $ 1,033,654.00 | Net book value | $ 1,033,654.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 48,316,665.00

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value    8,252,842.12    Valuation method    Net Book Value    Current value    8,252,842.12

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor    Champion Laboratories, Inc.
          Name                                          Case number (if known)   16-11359

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                          $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture & Fixtures | $       6,472.98 | Net Book Value | $       6,472.98 |
| 40. **Office fixtures** | | | |
| Other Furniture & Fixtures | $     360,076.28 | Net Book Value | $     360,076.28 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached rider | $     388,410.49 | | $     388,410.49 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $_____ | _____ | $       0.00 |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                          $       754,959.75

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No
   ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☒ No
   ☐ Yes

Debtor ___Champion Laboratories, Inc._____        Case number *(if known)*___16-11359_____
      Name

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No. Go to Part 9.

  ☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 None | $_____ | _____ | $_____0.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 None | $_____ | _____ | $_____0.00 |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 None | $_____ | _____ | $_____0.00 |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See attached rider | $   23,998,483.94 | _____ | 23,998,483.94 |

51. **Total of Part 8.**

  Add lines 47 through 50. Copy the total to line 87.

                                            $    23,998,483.94

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

  ☐ No

  ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

  ☒ No

  ☐ Yes

---

Debtor ___Champion Laboratories, Inc._____    Case number (if known) __16-11359_____
       Name

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.

   ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See attached rider | | $ | | $          14,451,240.82 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

           $          14,451,240.82

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☒ No

   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☐ No

   ☒ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.

   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** None | $ | | $          0.00 |
| 61. **Internet domain names and websites** | $   Undetermined | | $   Undetermined |
| 62. **Licenses, franchises, and royalties** None | $ | | $          0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | $   Undetermined | | $   Undetermined |
| 64. **Other intangibles, or intellectual property** | $   Undetermined | | $   Undetermined |
| 65. **Goodwill** None | $ | | $          0.00 |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

           $          0.00

           + undetermined amounts

Debtor    Champion Laboratories, Inc.                                    Case number (if known)    16-11359
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

None _____ Total face amount ___ – ___ doubtful or uncollectible amount = ➡ $_____ 0.00

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____   Tax year _____   $_____ 0.00
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

See attached rider   $_____ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

None   $_____ 0.00

Nature of claim _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

None   $_____ 0.00

Nature of claim _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

None   $_____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See attached rider   $_____ 10,508,707.98

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $_____ 10,508,707.98
+ undetermined amounts

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    Champion Laboratories, Inc.                                    Case number (*if known*)    16-11359
          Name

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $            143,446.38 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $            592,434.20 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $          49,223,727.29 | |
| 83. **Investments.** Copy line 17, Part 4. | $                 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $          48,316,665.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $                 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $            754,959.75 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $          23,998,483.94 | |
| 88. **Real property.** Copy line 56, Part 9. ➔ | | $          14,451,240.82 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $                 0.00 <br> + undetermined amounts | |
| 90. **All other assets.** Copy line 78, Part 11. | **+** $          10,508,707.98 <br> + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $          133,538,424.54 <br> + undetermined amounts | **+** 91b. $          14,451,240.82 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... | | $          147,989,665.36 <br> + undetermined amounts |

Debtor Name: Champion Laboratories, Inc.                              Case Number: 16-11359

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANK OF AMERICA, N.A. | A/P Disbursement Account | 0861 | $0.00 |
| BANK OF AMERICA, N.A. | Receivables Lockbox Account | 1879 | $0.00 |
| BANK OF AMERICA, N.A. CANADA BRANCH | Canadian Lockbox Account | 6224 | $111,794.68 |
| CITIZENS NATIONAL BANK OF ALBION | Misc. Cash Deposits Account | 1289 | $31,651.70 |
| | | **TOTAL** | **$143,446.38** |

Debtor Name: Champion Laboratories, Inc.                                    Case Number:   16-11359

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Deposit - Michigan Real Estate Lease | D'AGOSTINI LAND COMPANY | $38,670.00 |
| Deposit - Tax Security Deposit | RECEIVER GENERAL OF CANADA | $129,732.64 |
| Deposit - Canadian Currency Adjustment | WINDSOR TAX SERVICES OFFICE | $-9,716.28 |
| | **TOTAL** | **$158,686.36** |

Debtor Name: Champion Laboratories, Inc.                    Case Number:   16-11359

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid Vendor | KRONOS INCORPORATED | $5,341.77 |
| Prepaid Vendor | RIMINI STREET INC | $93,697.35 |
| Prepaid Vendor | SERVIT, INC. | $6,954.66 |
| Prepaid Vendor | IPC GLOBAL SOLUTIONS | $51,666.52 |
| Prepaid Vendor | OMNI PLASTICS LLC | $25,536.00 |
| Prepaid - Catalogs | ADAIR PRINTING COMPANY | $16,492.56 |
| Prepaid - Travel | VARIOUS PREPAID TRAVEL ACCOUNTS | $22,575.35 |
| Prepaid Rent - Michigan Lease | D'AGOSTINI LAND COMPANY | $22,162.00 |
| Prepaid Vendor | ASHLAND INC DBA THE VALVOLINE COMPANY | $27,333.32 |
| Prepaid Vendor | SERVICE CHAMP (085) | $41,666.65 |
| Prepaid Vendor | DOMINO AMJET INCORPORATED | $82,961.20 |
| Prepaid Vendor | TSD TECHNOLOGIES | $5,605.20 |
| Prepaid Vendor | DATALLIANCE | $18,396.00 |
| Prepaid Vendor | DATA SYSTEMS INTERNATIONAL | $11,043.76 |
| Prepaid Vendor | GXS INC | $2,315.50 |
| | **TOTAL** | **$433,747.84** |

Debtor Name:         Champion Laboratories, Inc.                                    Case Number:        16-11359

**Assets - Real and Personal Property**

**Part 5, Question 19:** Raw materials

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Raw Material - All | | $17,650,194.00 | Net Book Value | $17,650,194.00 |
| Reserves / Depreciation | | $-5,087,824.00 | Net Book Value | $-5,087,824.00 |
| | | | **TOTAL** | **$12,562,370.00** |

Debtor Name:         Champion Laboratories, Inc.                                    Case Number:          16-11359

**Assets - Real and Personal Property**

**Part 5, Question 20:** Work in progress

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Work In Process - All | | $6,849,062.00 | Net Book Value | $6,849,062.00 |
| Reserves / Depreciation | | $-509,992.00 | Net Book Value | $-509,992.00 |
| | | | **TOTAL** | **$6,339,070.00** |

Debtor Name:        Champion Laboratories, Inc.                                    Case Number:        16-11359

**Assets - Real and Personal Property**

**Part 5, Question 21:** Finished goods, including goods held for resale

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Finished Goods - All | | $33,065,037.00 | Net Book Value | $33,065,037.00 |
| Reserves / Depreciation | | $-4,683,466.00 | Net Book Value | $-4,683,466.00 |
| | | | **TOTAL** | **$28,381,571.00** |

Debtor Name: Champion Laboratories, Inc.                                    Case Number: 16-11359

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Office Equipment | $4,533.76 | Net Book Value | $4,533.76 |
| Computer Equipment | $303,141.70 | Net Book Value | $303,141.70 |
| Software | $80,735.03 | Net Book Value | $80,735.03 |
| | | **TOTAL** | **$388,410.49** |

Debtor Name: Champion Laboratories, Inc.                                    Case Number: 16-11359

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Forklifts | $18,566.90 | Net Book Value | $18,566.90 |
| Tools & Dies | $1,857,367.92 | Net Book Value | $1,857,367.92 |
| Molds | $882,554.38 | Net Book Value | $882,554.38 |
| Power Distribution | $634,100.52 | Net Book Value | $634,100.52 |
| Storage Tanks | $4,100.21 | Net Book Value | $4,100.21 |
| Assets in Process | $785,851.13 | Net Book Value | $785,851.13 |
| Machinery & Equipment | $19,815,942.88 | Net Book Value | $19,815,942.88 |
| | | **TOTAL** | **$23,998,483.94** |

Debtor Name:          Champion Laboratories, Inc.                          Case Number:          16-11359

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Land | | $1,469,999.99 | Net Book Value | $1,469,999.99 |
| Buildings | | $12,976,652.09 | Net Book Value | $12,976,652.09 |
| Parking Lots | | $4,588.74 | Net Book Value | $4,588.74 |
| | | | **TOTAL** | **$14,451,240.82** |

Debtor Name: Champion Laboratories, Inc.                                    Case Number: 16-11359

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ROYAL & SUN ALLIANCE INSURANCE COMPANY OF CANADA | Property Damage & Business Interruption | COM 041417451 | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name:        Champion Laboratories, Inc.                                    Case Number:        16-11359

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---|
| Accounts Receivable- UCI I/C Receivable-  Non Int | $6,976,934.78 |
| Accounts Receivable - Airtex Products | $8,603.16 |
| Accounts Receivable - ASC Industries | $535.39 |
| Accounts Receivable - Champion International Automotive Parts (Suzhou) Co Ltd | $262,356.89 |
| Accounts Receivable - Champion Laboratories (Europe) Limited | $0.03 |
| Accounts Receivable - Filtros/ASAM Distribution | $1,787,173.55 |
| Accounts Receivable - FRAM US | $1,464,504.82 |
| Accounts Receivable - Rank Group North America Inc. | $8,599.36 |
| TOTAL | $10,508,707.98 |

**Fill in this information to identify the case:**

Debtor name   Champion Laboratories, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                                    (State)

Case number (If known):   16-11359 _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
BANK OF AMERICA, N.A.

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined     $ _____ Undetermined

**Creditor's mailing address**
1455 MARKET STREET
5TH FLOOR
SAN FRANCISCO, CA 94103

**Describe the lien**
Delaware UCC Financing Statement Number 20103319567 dated on 09/23/2010 including subsequent filings (20110305915 )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**2.2** **Creditor's name**
BRANCH BANKING AND TRUST COMPANY

**Describe debtor's property that is subject to a lien**

$ _____ Undetermined     $ _____ Undetermined

**Creditor's mailing address**
317 W. HIGH STREET 11TH FLOOR
HIGH POINT, NC 27260

**Describe the lien**
Delaware UCC Financing Statement Number 20134850146 dated on 12/09/2013 including subsequent filings ( )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____ 69,981,734.17
+ undetermined amounts

Debtor    Champion Laboratories, Inc.
_____
Name

Case number *(if known)*  16-11359
_____

| **Part 1:** | **Additional Page** | Column B<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.3** **Creditor's name**
BRANCH BANKING AND TRUST COMPANY

**Describe debtor's property that is subject to a lien**

$Underdetermined     $Underdetermined

**Creditor's mailing address**
317 W. HIGH STREET 11TH FLOOR
HIGH POINT, NC 27260

**Describe the lien**
Delaware UCC Financing Statement Number 20150111202 dated
on 01/09/2015 including subsequent filings ( )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

    [ ] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
specified on lines

---

**2.4** **Creditor's name**
BRANCH BANKING AND TRUST COMPANY

**Describe debtor's property that is subject to a lien**

$Underdetermined     $Underdetermined

**Creditor's mailing address**
317 W. HIGH STREET 11TH FLOOR
HIGH POINT, NC 27260

**Describe the lien**
Delaware UCC Financing Statement Number 20150111392 dated
on 01/09/2015 including subsequent filings ( )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
[X] No
[ ] Yes. Have you already specified the
relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

    [ ] No. Specify each creditor, including
this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is
specified on lines

---

Debtor  Champion Laboratories, Inc.
Name

Case number (if known) 16-11359

| Part 1: | Additional Page | Column B<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**
CITIBANK, N.A.

**Creditor's mailing address**
ITS BRANCHES, SUBSIDIARIES AND
AFFILIATES
388 GREENWICH STREET, 25TH FLOOR, MAIL
DROP 7
NEW YORK, NY 10013

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Delaware UCC Financing Statement Number 20133028132 dated
on 08/02/2013 including subsequent filings ( )

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined | $Undetermined

---

**2.6**

**Creditor's name**
CREDIT SUISSE AG

**Creditor's mailing address**
CAYMAN ISLANDS BRANCH, AS COLLATERAL
AGENT
11 MADISON AVENUE
NEW YORK, NY 10010

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Delaware UCC Financing Statement Number 20154402995 dated
on 09/30/2015 including subsequent filings ( )

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined | $Undetermined

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column B<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.7 | **Creditor's name**<br>CREDIT SUISSE AG, CAYMAN ISLANDS<br>BRANCH, AS ADMINISTRATIVE AGENT,<br>COLLATERAL AGENT AND ISSUING LENDER | Describe debtor's property that is subject to a lien | $69,981,734.17 | $Undetermined |

**Describe the lien**
Guarantor - ABL Credit Agreement

**Creditor's mailing address**
ATTN AGENCY MANAGER
ELEVEN MADISON AVENUE, 6TH FLOOR
NEW YORK, NY 10010

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

---

| 2.8 | **Creditor's name**<br>DEUTSCHE BANK AG | Describe debtor's property that is subject to a lien | $Undetermined | $Undetermined |

**Describe the lien**
Delaware UCC Financing Statement Number 20132372226 dated on 06/20/2013 including subsequent filings ( )

**Creditor's mailing address**
ACTING BY AND THROUGH ITS NEW YORK BRANCH
60 WALL STREET
NEW YORK, NY 10005

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | | *Column B* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**
GE CAPITAL COMMERCIAL INC.

**Creditor's mailing address**
PO BOX 35713
BILLINGS, MT 59107

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Delaware UCC Financing Statement Number 20132014554 dated on 05/28/2013 including subsequent filings ( )

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined    $Undetermined

---

**2.10**

**Creditor's name**
GE CAPITAL COMMERCIAL INC.

**Creditor's mailing address**
PO BOX 35713
BILLINGS, MT 59107

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Delaware UCC Financing Statement Number 20132865542 dated on 07/24/2013 including subsequent filings ( )

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

$Undetermined    $Undetermined

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|--------|-----------------------------|------------------------|----------|
|        | Name                        |                        |          |

| **Part 1:** | **Additional Page** | Column B<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** | Creditor's name
HARBOR CAPITAL LEASING, INC.

Describe debtor's property that is subject to a lien

$Undetermined    $Undetermined

**Creditor's mailing address**
7901 SOUTHPARK PLAZA #204
LITTLETON, CO 80120

**Describe the lien**
Delaware UCC Financing Statement Number 20160526960 dated on 01/28/2016 including subsequent filings ( )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

**2.12** | Creditor's name
JPMORGAN CHASE BANK, N.A.

Describe debtor's property that is subject to a lien

$Undetermined    $Undetermined

**Creditor's mailing address**
420 W VAN BUREN ST
MAIL CODE IL1-P001
CHICAGO, IL 60606

**Describe the lien**
Delaware UCC Financing Statement Number 20151336014 dated on 03/17/2015 including subsequent filings ( )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.13 | **Creditor's name** LEASENET GROUP, LLC | Describe debtor's property that is subject to a lien | $Undetermined | $Undetermined |

**Creditor's mailing address**
2361 MORSE RD (NC1N07)
COLUMBUS, OH 43229

**Describe the lien**
Delaware UCC Financing Statement Number 20103171539 dated on 09/13/2010 including subsequent filings ( )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

☐ Yes. The relative priority of creditors is specified on lines

| 2.14 | **Creditor's name** MOTION INDUSTRIES INC | Describe debtor's property that is subject to a lien | $Undetermined | $Undetermined |

**Creditor's mailing address**
1605 ALTON ROAD
BIRMINGHAM, AL 35210

**Describe the lien**
Delaware UCC Financing Statement Number 20074547385 dated on 12/03/2007 including subsequent filings (20074551015 20123313493 20154546262 )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

☐ Yes. The relative priority of creditors is specified on lines

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|--------|------------------------------|------------------------|----------|
|        | Name                         |                        |          |

| **Part 1:** | **Additional Page** | Column B<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.15 | **Creditor's name**<br>R.V. EVAN'S COMPANY | **Describe debtor's property that is subject to a lien** | $Undetermined | $Undetermined |

**Creditor's mailing address**
2325 E LOGAN STREET
DECATUR, IL 62526

**Describe the lien**
Illinois UCC Financing Statement Number 15610980 dated on 09/21/2010 including subsequent filings ( )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

| 2.16 | **Creditor's name**<br>R.V. EVAN'S COMPANY | **Describe debtor's property that is subject to a lien** | $Undetermined | $Undetermined |

**Creditor's mailing address**
2325 E LOGAN STREET
DECATUR, IL 62526

**Describe the lien**
Illinois UCC Financing Statement Number 20475803 dated on 07/03/2015 including subsequent filings ( )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[X] Disputed

   [ ] No. Specify each creditor, including this creditor, and its relative priority.

   [ ] Yes. The relative priority of creditors is specified on lines

Debtor    Champion Laboratories, Inc.
          Name

Case number *(if known)*  16-11359

| Part 1: | Additional Page | Column B<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.17**  **Creditor's name**
SUNTRUST BANK

**Creditor's mailing address**
3333 PEACHTREE ROAD, NE, GA ATL
MC 1761
ATLANTA, GA 30326

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
    relative priority?

   ☐ No. Specify each creditor, including
       this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
       specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Delaware UCC Financing Statement Number 20130385964 dated
on 01/30/2013 including subsequent filings ( )

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined          $Undetermined

---

**2.18**  **Creditor's name**
SUNTRUST BANK

**Creditor's mailing address**
3333 PEACHTREE ROAD, NE, GA ATL
MC 1761
ATLANTA, GA 30326

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
    relative priority?

   ☐ No. Specify each creditor, including
       this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
       specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Delaware UCC Financing Statement Number 20144897682 dated
on 12/04/2014 including subsequent filings ( )

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined          $Undetermined

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column B<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.19** Creditor's name
THE HUNTINGTON NATIONAL BANK

Creditor's mailing address
2361 MORSE RD (NC1N07)
COLUMBUS,, OH 43229

Creditor's email address, if known

Date debt was incurred    Undetermined
Last 4 digits of account
number

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
Delaware UCC Financing Statement Number 20123317569 dated on 08/27/2012 including subsequent filings (20123319243 )

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined        $Undetermined

---

**2.20** Creditor's name
WELLS FARGO BANK, NATIONAL ASSOCIATION

Creditor's mailing address
ONE BOSTON PLACE
20TH FLOOR
BOSTON, MA 02108

Creditor's email address, if known

Date debt was incurred    Undetermined
Last 4 digits of account
number

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
Delaware UCC Financing Statement Number 20123863208 dated on 10/05/2012 including subsequent filings (20123875947 20154684980 )

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$Undetermined        $Undetermined

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column B **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.21 | **Creditor's name** WILMINGTON TRUST FSB | Describe debtor's property that is subject to a lien | $Undetermined | $Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
AS COLLATERAL AGENT
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

**Describe the lien**
Delaware UCC Financing Statement Number 20110305568 dated on 01/26/2011 including subsequent filings (20151088748 20154401336 20155136139 )

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of  creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Champion Laboratories, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware<br>(State)</td></tr>
<tr><td>Case number<br>(If known)</td><td>16-11359</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

**2.1**
**Priority creditor's name and mailing address**
ALABAMA DEPARTMENT OF REVENUE
PO BOX 327320
MONTGOMERY, AL 36132-7320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $ ___ Undetermined
Priority amount: $ ___ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**
**Priority creditor's name and mailing address**
COMPTROLLER OF MARYLAND
REVENUE ADMINISTRATION DIVISION, 110 CARROLL STREET
ANNAPOLIS, MD 21411-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $ ___ Undetermined
Priority amount: $ ___ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**
**Priority creditor's name and mailing address**
DEPARTMENT OF REVENUE SERVICES, STATE OF CONNECTICUTT
PO BOX 2974
HARTFORD, CT 06115-0406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: $ ___ Undetermined
Priority amount: $ ___ Undetermined

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor     Champion Laboratories, Inc.
           _____     Case number (if known)  16-11359
           Name                                                                 _____

---

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
| --- | --- | --- |

| 2.4 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-0135

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.5 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |

GEORGIA DEPARTMENT OF REVENUE
PROCESSING CENTER,  PO BOX 740397
ATLANTA, GA 30374-0397

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.6 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 91011
BATON ROUGE, LA 70821-9011

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.7 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |

MISSOURI DEPARTMENT OF REVENUE
PO BOX 700
JEFFERSON CITY, MO 65105-0700

**As of the petition filing date, the claim is:**
Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

---

**Part 1.**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.8 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

NORTH CAROLINA DEPARTMENT OF REVENUE
PO BOX 25000
RALEIGH, NC 27640-0500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.9 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280705
HARRISBURG, PA 17128-0705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.10 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

SOUTH CAROLINA DEPARTMENT OF REVENUE
CORPORATE REFUND
COLUMBIA, SC 29214-0032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| 2.11 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

STATE OF NEW JERSEY, DEPARTMENT OF
REVENUE, DIVISION OF TAXATION
PO BOX 666
TRENTON, NJ 08646-0666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 3 of 152 |
|---|---|---|

Debtor     Champion Laboratories, Inc.                          Case number *(if known)*   16-11359
_____Name_____

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.12 | **Priority creditor's name and mailing address** | | $Undetermined | $Undetermined |
|---|---|---|---|---|

TENNESSEE DEPARTMENT OF REVENUE
ANDREW JACKSON STATE OFFICE BUILDING,
500 DEADERICK STREET
NASHVILLE, TN 37242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Taxes and Fees

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
3M COMPANY
3M CENTER
ST PAUL, MN 55144

$ _____ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** ___Undetermined___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.2**

**Nonpriority creditor's name and mailing address**
3M COMPANY

$ _____ 10,579.96

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___Undetermined___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.3**

**Nonpriority creditor's name and mailing address**
4H YANKEE CLUB

$ _____ 50.40

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___Undetermined___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.4**

**Nonpriority creditor's name and mailing address**
A L SOLUTIONS US INC
133 WILLIAMS DR
RAMSEY, NJ 07446

$ _____ 1,989,512.13

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___Undetermined___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.5**

**Nonpriority creditor's name and mailing address**
ABBOTT TOOL & DIE
920 LONE STAR DR
O FALLON, MO 63366

$ _____ 1,368.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___Undetermined___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.6**

**Nonpriority creditor's name and mailing address**
ABC EMPLOYMENT HOLDINGS LLC

$ _____ 165,044.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** ___Undetermined___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.7 | **Nonpriority creditor's name and mailing address** | | $2,147.04 |
|---|---|---|---|

ABLE ELECTROPOLISHING CO INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.8 | **Nonpriority creditor's name and mailing address** | | $5,350.60 |
|---|---|---|---|

AC OMEX
251 LORNE AVE W
STRATFORD, ON N5A 6T7 CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.9 | **Nonpriority creditor's name and mailing address** | | $2,182.40 |
|---|---|---|---|

ACKERMAN OIL CO INC
2060 S LUBE WAY
PO BOX 806
JASPER, IN 47547

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.10 | **Nonpriority creditor's name and mailing address** | | $172,252.80 |
|---|---|---|---|

ACTION PACKAGING SYSTEMS INC
818 HERMAN CT
HIGH POINT, NC 27263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.11 | **Nonpriority creditor's name and mailing address** | | $4,299.99 |
|---|---|---|---|

ADVANCED COMPRESSOR TECHNOLOGIES
2315 B GLENVIEW DR
EVANSVILLE, IN 47720

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address** | | $1,930.50 |
|---|---|---|---|

ADVANTAGE PUCK TECHNOLOGIES
1 PLASTICS RD
CORRY, PA 16407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | | $11,291.28 |
|---|---|---|---|

AEROTEK INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | | $3,938,860.84 |
|---|---|---|---|

AHLSTROM ENGINE FILTRATION LLC
215 NEBO RD
MADISONVILLE, KY 42431

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | | $1,987.93 |
|---|---|---|---|

AIO COMPANY LTD
4-1-14 MINAMI-MACHI
MINAMI-KU
HIROSHIMA CITY, 734 0007 JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

AIR PRODUCTS AND CHEMICAL, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Champion Laboratories, Inc.
      Name

Case number *(if known)*   16-11359

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**   **Nonpriority creditor's name and mailing address**

AIR PRODUCTS AND CHEMICAL, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18**   **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
1819 BECKES DR
VINCENNES, IN 47591

$7,156.36

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19**   **Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
1200 FARROW ST
FERNDALE, MI 48220

$9,296.80

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.20**   **Nonpriority creditor's name and mailing address**

AIRTEX PRODUCTS LP
407 W MAIN ST
FAIRFIELD, IL 62837

$53,879.90

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.21**   **Nonpriority creditor's name and mailing address**

AJAX TOCCO
1745 OVERLAND AVE NE
WARREN, OH 44483

$760.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.22 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

AKEBONO BRAKE CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.23 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

AKEBONO BRAKE CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | $326,790.79 |
|---|---|---|---|

AKZO NOBEL COATINGS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ALBAUGH, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ALBAUGH, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.27 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ALBERTO ARROYO
C/O JOHN W. MCLUSKEY, MCLUSKEY, MCDONALD & HUGHES, P.A.
8821 S.W. 69TH COURT
MIAMI, FL 33156

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 2015-018302 CA 10

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.28 | **Nonpriority creditor's name and mailing address** | | $165.01 |
|---|---|---|---|

ALBION AUTO PARTS CARQUEST

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.29 | **Nonpriority creditor's name and mailing address** | | $738.04 |
|---|---|---|---|

ALBION TIRE
421 E ELM ST
ALBION, IL 62806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.30 | **Nonpriority creditor's name and mailing address** | | $16,552.96 |
|---|---|---|---|

ALL SIZE PALLET LLC
4005 N VAN DYKE
IMLAY, MI 48444

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.31 | **Nonpriority creditor's name and mailing address** | | $4,500.00 |
|---|---|---|---|

ALLAN'S WELDING & MACHINE INCORPORATED
1715 S WHITTLE AVE
PO BOX 343
OLNEY, IL 62450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor    Champion Laboratories, Inc.
_____
Name

Case number *(if known)*  16-11359
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | $Underdetermined |

ALLEN, SUSAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | $Undetermined |

ALLEN, WILLIAM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | $147,590.77 |

ALLEVARD SOGEFI USA INC
1389 ROUND BOTTOM RD
PRICHARD, WV 25555

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | $11,044.80 |

ALLOMATIC PRODUCTS COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | $1,558.82 |

ALRO PLASTIC
5620 SHEPHERDVILLE RD
LOUISVILLE, KY 40228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** | | $49,838.81 |
|---|---|---|---|

ALRO STEEL CORPORATION
6601 VERNON AVE
SAINT LOUIS, MO 63130-2655

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | | $148.04 |
|---|---|---|---|

ALS TRIBILOGY
3121 PRESIDENTIAL DR
ATLANTA, GA 30340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

AMERICAN OPTICAL CORPORATION
C/O HERTZ, MICHAEL
LUCCO BROWN THRELKELD & DAWSON LLP
224 ST. LOUIS STREET
EDWARDSVILLE, IL 62025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

AMERICAN OPTICAL CORPORATION
C/O ZAHALSKY, DEBRA KELLY
LUCCO BROWN THRELKELD & DAWSON LLP
224 ST. LOUIS STREET
EDWARDSVILLE, IL 62025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | | $3,057.33 |
|---|---|---|---|

AMERICAN SPEEDY PRINTING CENTER OF UTICA
46723 VAN DYKE
UTICA, MI 48317

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** | **Nonpriority creditor's name and mailing address** | | $Undetermined

AMERICAN WOODMARK CORPORATION
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.43** | **Nonpriority creditor's name and mailing address** | | $4,900.00

AMERIQUEST BUSINESS SERVICES

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.44** | **Nonpriority creditor's name and mailing address** | | $409.80

ANHUI PHOENI

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.45** | **Nonpriority creditor's name and mailing address** | | $Undetermined

ANNA BAXTER
C/O RANDY GORI
156 N. MAIN STREET
EDWARDSVILLE, IL 62025

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.46** | **Nonpriority creditor's name and mailing address** | | $Undetermined

ANTHONY R. HATTON, P.G., DIRECTOR
KENTUCKY DEPARTMENT FOR ENVIRONMENTAL PROTECTION,
DIVISION OF WASTE MANAGEMENT
200 FAIR OAKS LN.
FRANKFORT, KY 40601

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47**  **Nonpriority creditor's name and mailing address**                                                                           $1,263.40

APEX DISTRIBUTION INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.48**  **Nonpriority creditor's name and mailing address**                                                                           $7,459.67

ARAMARK UNIFORM SERVICES INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.49**  **Nonpriority creditor's name and mailing address**                                                                           $5,407.84

ARBON STEEL & SERVICE COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.50**  **Nonpriority creditor's name and mailing address**                                                                           $Undetermined

ARKEMA INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.51**  **Nonpriority creditor's name and mailing address**                                                                           $Undetermined

ARKEMA INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52**

**Nonpriority creditor's name and mailing address**

ARM & HAMMER

$1,705.76

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.53**

**Nonpriority creditor's name and mailing address**

ARMSTRONG INTERNATIONAL INC
C/O STORM, CARLA C
FOLEY & MANSFIELD-ST LOUIS
101 SOUTH HANLEY ROAD, STE 600
ST. LOUIS, MO 63105

$Undetermined

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.54**

**Nonpriority creditor's name and mailing address**

ARNOLD LANDSCAPING AND LAWN CARE
RR 2 BOX 104B
WEST SALEM, IL 62476

$2,875.00

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.55**

**Nonpriority creditor's name and mailing address**

ARTISTIC CARTON COMPANY
1975 BIG TIMBER RD
ELGIN, IL 60123

$184,963.70

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.56**

**Nonpriority creditor's name and mailing address**

ASC INDUSTRIES INCORPORATED
2100 INTERNATIONAL PKWY
NORTH CANTON, OH 44720

$3,962.85

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57**

**Nonpriority creditor's name and mailing address**

$358,007.44

ASHLAND INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.58**

**Nonpriority creditor's name and mailing address**

$Undetermined

ASHLAND INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.59**

**Nonpriority creditor's name and mailing address**

$Undetermined

ASHLAND INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.60**

**Nonpriority creditor's name and mailing address**

$Undetermined

ASHLAND OIL INC
50 E RIVERCENTER BLVD #1600
COVINGTON, KY 41011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.61**

**Nonpriority creditor's name and mailing address**

$1,936.36

AT&T

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.62** | **Nonpriority creditor's name and mailing address** | $Undetermined

ATLANTIC RICHFIELD COMPANY
C/O SMITH, JOHN V
PRETZEL & STOUFFER
ONE SOUTH WACKER DRIVE, SUITE 2500
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.63** | **Nonpriority creditor's name and mailing address** | $Undetermined

ATLANTIC RICHFIELD COMPANY/BP PRODUCTS NORTH AMERICA,
INC./THE STANDARD OIL COMPANY
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.64** | **Nonpriority creditor's name and mailing address** | $Undetermined

ATLANTIC RICHFIELD COMPANY/BP PRODUCTS NORTH AMERICA,
INC./THE STANDARD OIL COMPANY
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.65** | **Nonpriority creditor's name and mailing address** | $3,955.00

ATTEBERRY MACHINE & TOOL
ATTN BRAD ATTEBERRY
1905 CR 2400 E
MT ERIE, IL 62446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.66** | **Nonpriority creditor's name and mailing address** | $2,604.00

AUGUST MACK ENVIRONMENTAL INC
7830 N CENTRAL DR STE B
LEWIS CENTER, OH 43035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

| 3.67 | **Nonpriority creditor's name and mailing address** | $456,547.79 |
|---|---|---|

AUTO PARTSOURCE LLC
4605 CAROLINA AVE
RICHMOND, VA 23222

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** | $10,665.40 |
|---|---|---|

AUTONOMY INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | $31,966.00 |
|---|---|---|

B & G MACHINE
421 1/2 W 9TH ST
MT CARMEL, IL 62863

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

BAILEY, JUANITA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | $Undetermined |
|---|---|---|

BAKER HUGHES OILFIELD OPERATIONS INC
C/O ORRIS, THOMAS L
WILLIAMS VENKER & SANDERS LLC
100 NORTH BROADWAY, 21ST FLOOR
ST. LOUIS, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor      Champion Laboratories, Inc.                                    Case number *(if known)*   16-11359
            Name

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

| 3.72 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

BAKER PETROLITE CORPORATION (ON BEHALF OF FORMER ENTITY
PETROLITE CORPORATION)
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.73 | **Nonpriority creditor's name and mailing address** | | $538,368.25 |

BALDWIN FILTERS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.74 | **Nonpriority creditor's name and mailing address** | | $10,242.03 |

BARKER SPECIALTY COMPANY
27 REALTY DR
CHESHIRE, CT 06410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.75 | **Nonpriority creditor's name and mailing address** | | $0.01 |

BARRY SALES ENGINEERING INCORPORATED
1755 LARKIN WILLIAMS
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.76 | **Nonpriority creditor's name and mailing address** | | $625,718.55 |

BASF CORPORATION
1609 BIDDLE AVE
WYANDOTTE, MI 48192

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77** | **Nonpriority creditor's name and mailing address** | $Undetermined

BASF CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | $Undetermined

BASF CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | $Undetermined

BAYER CROPSCIENCE, INC.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | $Undetermined

BAYER HEALTHCARE, LLC
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | $Undetermined

BECHTEL INC
C/O PLOTNER, KENT L
HEYL ROYSTER VOELKER & ALLEN PC-PEORIA
300 HAMILTON BOULEVARD, PO BOX 6199
PEORIA, IL 61601-6199

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82**  **Nonpriority creditor's name and mailing address**  $134,237.64

BELLEVUE MANUFACTURING COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.83**  **Nonpriority creditor's name and mailing address**  $11,334.26

BELUSKA GRAPHICS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.84**  **Nonpriority creditor's name and mailing address**  $5,105.85

BENNETT METAL PRODUCTS
700 RACKAWAY ST
PO BOX 34
MOUNT VERNON, IL 62864-0034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.85**  **Nonpriority creditor's name and mailing address**  $2,784.27

BETTER BUSINESS FORMS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.86**  **Nonpriority creditor's name and mailing address**  $12,511.95

BLISS CLEARING NIAGARA INC
1004 E STATE ST
HASTINGS, MI 49058-9176

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.87 | **Nonpriority creditor's name and mailing address** | | $475.70 |
|---|---|---|---|

BLUEWATER THERMAL SERVICES
94 CONCEPT DR
COLDWATER, MI 49036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.88 | **Nonpriority creditor's name and mailing address** | | $24,601.98 |
|---|---|---|---|

BONDLINE ADHESIVES INCORPORATED
500 N WOODS AVE
EVANSVILLE, IN 47712-6446

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.89 | **Nonpriority creditor's name and mailing address** | | $87.72 |
|---|---|---|---|

BOROWIAKS IGA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.90 | **Nonpriority creditor's name and mailing address** | | $735.00 |
|---|---|---|---|

BOSHI INDUSTRIES LIMITED
XINAN COMMUNITY CHANGAN TOWN
DONGGUAN CITY
GUANGDONG PROVINCE, CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.91 | **Nonpriority creditor's name and mailing address** | | $19,392.00 |
|---|---|---|---|

BOSTIK INCORPORATED
11320 WATERTOWN PLANK RD
WAUWATOSA, WI 53226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

Debtor    Champion Laboratories, Inc.
_____
          Name

Case number *(if known)*  16-11359

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.92**  **Nonpriority creditor's name and mailing address**                                    $21,425.10

BOTTOMLINE INK
7829 PONDEROSA RD
PERRYSBURG, OH 43551

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.93**  **Nonpriority creditor's name and mailing address**                                  $1,483,056.93

BOUTWELL OWENS & CO INC
251 AUTHORITY DR
FITCHBURG, MA 01420

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.94**  **Nonpriority creditor's name and mailing address**                                    $1,252.80

BP LUBRICANTS-  WAYNE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.95**  **Nonpriority creditor's name and mailing address**                                  $Undetermined

BP PRODUCTS NORTH AMERICA INC FKA AMOCO OIL CO
C/O SMITH, JOHN V
PRETZEL & STOUFFER
ONE SOUTH WACKER DRIVE, SUITE 2500
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.96**  **Nonpriority creditor's name and mailing address**                                    $94.35

BRADDOCK, MITCH E.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | **Nonpriority creditor's name and mailing address** | | $28,452.79 |
|---|---|---|---|

BRADFIELDS COMPUTER SUPPLY
2306 SW ADAMS ST
PEORIA, IL 61602-1806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | | $33,039.19 |
|---|---|---|---|

BRANSON ULTRASONICS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | $24,994.50 |
|---|---|---|---|

BRENNTAG SPECIALTIES INC
1000 COOLIDGE ST
SOUTH PLAINFIELD, NJ 07080

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | $494.23 |
|---|---|---|---|

BRITISH COLUMBIA USED OIL (CND

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | $47,648.38 |
|---|---|---|---|

BRONSON & BRATTON INC
220 SHORE DR
BURR RIDGE, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.102 | **Nonpriority creditor's name and mailing address** | | $449.23 |
|---|---|---|---|

BROWN TIMOTHY M OD PC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.103 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

BUCHANAN, RICKY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.104 | **Nonpriority creditor's name and mailing address** | | $120.91 |
|---|---|---|---|

BUNTING, RICHARD KYLE
127 W BUTLER
GRAYVILLE, IL 62844

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.105 | **Nonpriority creditor's name and mailing address** | | $447.55 |
|---|---|---|---|

C & I ELECTRONICS COMPANY INC
1700 N LAFAYETTE AVE
PO BOX 4149
EVANSVILLE, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.106 | **Nonpriority creditor's name and mailing address** | | $24,370.50 |
|---|---|---|---|

C FRYE AND ASSOCIATES INC
2118 WATER OAK LN
PO BOX 6025
GASTONIA, NC 28056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107** **Nonpriority creditor's name and mailing address**  $424.00

CAL-CORR (CALIBRATION SERVICES)
25540 PENNSYLVANIA RD
TAYLOR, MI 48180

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.108** **Nonpriority creditor's name and mailing address**  $369.30

CANNON AFROS USA
1235 FREEDOM RD
CRANBERRY TOWNSHIP, PA 16066-4949

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.109** **Nonpriority creditor's name and mailing address**  $776.75

CAPEX CORPORATION
3000 NE 12TH TERRACE
FORT LAUDERDALE, FL 33334

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.110** **Nonpriority creditor's name and mailing address**  $Undetermined

CARLISLE COMPANIES INCORPORATED
C/O KUROWSKI, JOHN J
KUROWSKI SHULTZ LLC
228 WEST POINTE DRIVE
SWANSEA, IL 62226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.111** **Nonpriority creditor's name and mailing address**  $462.65

CARMI TIMES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112** | **Nonpriority creditor's name and mailing address** | $9.30

CASS COUNTY TREASURER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.113** | **Nonpriority creditor's name and mailing address** | $Undetermined

CAUDLE, JEREMY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.114** | **Nonpriority creditor's name and mailing address** | $Undetermined

CBS (WESTINGHOUSE)
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.115** | **Nonpriority creditor's name and mailing address** | $682.80

CDS - CAM DRIVEN SYSTEMS
27 WILSON DR UNIT C
SPARTA, NJ 07871

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.116** | **Nonpriority creditor's name and mailing address** | $5,138.28

CDW COMPUTER CENTERS
120 S RIVERSIDE PLZ
PO BOX 75723
CHICAGO, IL 60675-5723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
_____
Name

Case number (if known)   16-11359

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.117** Nonpriority creditor's name and mailing address

CENTER FOR HEARING & SPEECH
9835 MANCHESTER RD
SAINT LOUIS, MO 63119

$10.00

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address

CENTRAL ENVIRONMENTAL SYSTEMS, INC.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

$Undetermined

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address

CERTAINTEED CORPORATION
20 MOORES ROAD
MALVERN, PA 19355

$Undetermined

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address

CH ROBINSON WORLDWIDE INCORPORATED
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

$19,802.96

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address

CHAMPION INTL AUTOM PARTS (SUZHOU)CO LTD
ASCENDAS LINHU INDUSTRIAL SQUARE
1508 LINHU AVE
WUJIANG FENHU ECONOMIC DEVELOPEMENT ZONE
WUJIANG JIANGSU PROVINCE, 215211 CHINA

$1,152,694.75

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.122** Nonpriority creditor's name and mailing address                                                                   $Undetermined

CHANCE, REBECCA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.123** Nonpriority creditor's name and mailing address                                                                   $Undetermined

CHARLES BAXTER
C/O RANDY GORI
156 N. MAIN STREET
EDWARDSVILLE, IL 62025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.124** Nonpriority creditor's name and mailing address                                                                   $Undetermined

CHASE BRASS & COPPER CO.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.125** Nonpriority creditor's name and mailing address                                                                   $Undetermined

CHASE BRASS & COPPER CO.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.126** Nonpriority creditor's name and mailing address                                                                   $42,768.10

CHEM-TREND LIMITED PARTNERSHIP
1445 W MC PHERSON PARK DR
PO BOX 860
HOWELL, MI 48844-0860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 29 of 152 |
|---|---|---|

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.127 | Nonpriority creditor's name and mailing address | | $12,011.33 |
|---|---|---|---|

CHEMPOINT.COM INCORPORATED
411 108TH AVE NE STE 1050
BELLEVUE, WA 98004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

CHEVRON PHILLIPS CHEMICAL CO LLC IND AND AS SII TO DRILLING
C/O ZELLMER, MARK G, HUSCH BLACKWELL LLP
THE PLAZA IN CLAYTON
190 CARONDELET PLAZA, SUITE 600
ST LOUIS, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

CHEVRON USA INC
C/O VARNEY, ROBERT
VARNEY, ROBERT T & ASSOCIATES
121 NORTH MAIN STREET, 4TH FLOOR
BLOOMINGTON, IL 61701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | | $2,500.00 |
|---|---|---|---|

CHURCH & DWIGHT CO INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | | $33,831.00 |
|---|---|---|---|

CITADEL PLASTICS
15000 HWY 41 N
EVANSVILLE, IN 47725

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Champion Laboratories, Inc.
          Name

Case number *(if known)* 16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.132 **Nonpriority creditor's name and mailing address**

CITGO PETROLEUM CORPORATION
C/O HORAN, KEVIN P
STAMOS & TRUCCO LLP
1 EAST WACKER DRIVE, 3RD FLOOR
CHICAGO, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

$Undetermined

---

3.133 **Nonpriority creditor's name and mailing address**

CITISTAFF INCORPORATED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

$32,293.15

---

3.134 **Nonpriority creditor's name and mailing address**

CITY ELECTRIC SUPPLY (CES)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

$505.57

---

3.135 **Nonpriority creditor's name and mailing address**

CITY OF ALBION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

$6,480.34

---

3.136 **Nonpriority creditor's name and mailing address**

CL SERVICES INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

$4,342.52

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.137 | **Nonpriority creditor's name and mailing address** | | $27,495.84 |
|---|---|---|---|

CLARCOR ENGINE MOBILE SOLUTIONS LLC
230 CLARKS NECK RD
WASHINGTON, NC 27889

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | | $25,407.32 |
|---|---|---|---|

CLARK FILTER
3649 HEMPLAND RD
LANCASTER, PA 17601-1393

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | | $228.00 |
|---|---|---|---|

CLAY COUNTY ADVOCATE PRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | | $1,098.84 |
|---|---|---|---|

CLEARWAVE COMMUNICATIONS
2 N VINE ST
PO BOX 808
HARRISBURG, IL 62946

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.141 | **Nonpriority creditor's name and mailing address** | | $420.00 |
|---|---|---|---|

CLEVELAND WIRE CLOTH & MFG COMPANY
3573 E 78TH ST
CLEVELAND, OH 44105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Champion Laboratories, Inc.
          Name

Case number *(if known)*  16-11359

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.142 | **Nonpriority creditor's name and mailing address** | | $1,552.00 |
|---|---|---|---|

CLINICAL REFERENCE LABORATORY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

CLOROX

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | | $5,500.00 |
|---|---|---|---|

CLOSED LOOP RECYCLING LLC
5555 MANCHESTER AVE
SAINT LOUIS, MO 63110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

CNA HOLDINGS LLC
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

CNA HOLDINGS LLC
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** | $128,103.36 |

CO-TRONICS INC
2935 W 100 N
PERU, IN 46970

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** | $Undetermined |

COGNIS CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** | $Undetermined |

COGNIS CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** | $Undetermined |

COLONIAL PIPELINE COMPANY
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** | $Undetermined |

COLUMBIA COUNTY, NEW YORK AND
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.152 | **Nonpriority creditor's name and mailing address** | | $17,608.00 |
|---|---|---|---|

COLYER CONSTRUCTION
179 N 1ST ST
PO BOX 5
ALBION, IL 62806-0005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.153 | **Nonpriority creditor's name and mailing address** | | $3,124.44 |
|---|---|---|---|

COMPLETE COMMUNICATIONS INC OF MI
44265 N GROESBECK HWY
CLINTON TOWNSHIP, MI 48036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.154 | **Nonpriority creditor's name and mailing address** | | $14,889.87 |
|---|---|---|---|

COMPLETE HVAC PLUMBING & ELECTRICAL
210 E ELM ST
ALBION, IL 62806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.155 | **Nonpriority creditor's name and mailing address** | | $1,345.51 |
|---|---|---|---|

COMPLETE SOLUTION ROBOTICS LLC
3023 SEDGWICK CT
LOVELAND, CO 80538

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.156 | **Nonpriority creditor's name and mailing address** | | $714.00 |
|---|---|---|---|

CONCENTRA MEDICAL CENTERS
STE 104
11700 METRO AIRPORT CENTER DR
ROMULUS, MI 48174

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
          Name

Case number (if known)  16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.157 | **Nonpriority creditor's name and mailing address** | | $19.60 |

CONFERTEL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.158 | **Nonpriority creditor's name and mailing address** | | $9,357.08 |

CONTINENTAL CARBONIC PRODUCTS INC
8535 SCUDDER RD
SAINT LOUIS, MO 63140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.159 | **Nonpriority creditor's name and mailing address** | | $48,143.07 |

CONTINUOUS SYSTEMATIC IMPROVEMENT LLC
14326 HUNTGATE WOODS RD
MIDLOTHIAN, VA 23112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.160 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

COOPER TIRE & RUBBER COMPANY, AS INDEMNITOR OF COOPER-
STANDARD AUTOMOTIVE (F/K/A STANDARD PRODUCTS CO.)
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.161 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

CORPORATION, FORMERLY THE B.F. GOODRICH COMPANY
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162** | **Nonpriority creditor's name and mailing address** | $Undetermined

CORPORATION, FORMERLY THE B.F. GOODRICH COMPANY
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | $Undetermined

CORRIGAN COMPANY MECHANICAL CONTRACTORS INC
C/O DAHLMANN, DONALD J
WALKER & WILLIAMS PC
4343 WEST MAIN STREET
BELLEVILLE, IL 62226-5502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | $3,000.00

CRAIG ASSEMBLY INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | $1,030.63

CRH TRANSPORTATION INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | $13,410.00

CROSSLINK TECHNOLOGY
6380 VISCOUNT RD
MISSISSAUGA, ON L4V 1H3 CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

Debtor      Champion Laboratories, Inc.
            _____
            Name

Case number (if known)  16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.167 | Nonpriority creditor's name and mailing address | | $545.54 |
|---|---|---|---|

CROWN INDUSTRIAL SERVICES INC
2070 BROOKLYN RD
JACKSON, MI 49203

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | | $12,418.53 |
|---|---|---|---|

CROWN LIFT TRUCKS
2540 DIEGO DR
EVANSVILLE, IN 47715

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

CSR INC
4250 N. FAIRFAX DRIVE, SUITE 500
ARLINGTON, VA 22203

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

CSR LTD
ADDRESS TBD

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | | $145.00 |
|---|---|---|---|

CULLIGAN OF EVANSVILLE
377 FUQUAY RD
CHANDLER, IN 47610

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172** | **Nonpriority creditor's name and mailing address** | $Undetermined

CULLISON, KIMBERLY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.173** | **Nonpriority creditor's name and mailing address** | $1,448.28

CUMMINS CROSSPOINT LLC
7901 41 N
EVANSVILLE, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.174** | **Nonpriority creditor's name and mailing address** | $70,638.56

CUMMINS FILTRATION
1200 FLEETGUARD RD
PO BOX 6001
COOKEVILLE, TN 38502-6001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.175** | **Nonpriority creditor's name and mailing address** | $9,926.32

CUSTOM ENGINEERING INC
1900 LYNCH RD
EVANSVILLE, IN 47711-2896

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.176** | **Nonpriority creditor's name and mailing address** | $1,900.00

CUSTOM FILTER LLC
401 HANKES AVE
AURORA, IL 60505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.177 | **Nonpriority creditor's name and mailing address** | | $99.00 |
|---|---|---|---|

CVP KOREA CO LTD

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.178 | **Nonpriority creditor's name and mailing address** | | $18,732.24 |
|---|---|---|---|

CW ZUMBIEL PACKAGING
2100 GATEWAY BLVD
HEBRON, KY 41048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.179 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

CYCLE CHEM, INC.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.180 | **Nonpriority creditor's name and mailing address** | | $22,223.00 |
|---|---|---|---|

D'AGOSTINI LAND COMPANY
38700 VAN DYKE AVE STE 200
STERLING HEIGHTS, MI 48312-1175

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.181 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

D'AGOSTINI LAND COMPANY
38700 VAN DYKE AVE STE 200
STERLING HEIGHTS, MI 48312-1175

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Asset Retire Obligation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
_____
Name

Case number *(if known)* __16-11359__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.182  **Nonpriority creditor's name and mailing address**                                    $9,711.26

D-N-R INCORPORATED
38475 WEBB DR
WESTLAND, MI 48185

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.183  **Nonpriority creditor's name and mailing address**                                    $128.93

DAILY REPUBLICAN REGISTER
117 E 4TH ST
PO BOX 550
MOUNT CARMEL, IL 62863-0550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.184  **Nonpriority creditor's name and mailing address**                                    $Undetermined

DANA COMPANIES LLC
C/O JOHNSON, JENNIFER B
HEYL ROYSTER VOELKER & ALLEN PC-PEORIA
300 HAMILTON BOULEVARD, PO BOX 6199
PEORIA, IL 61601-6199

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.185  **Nonpriority creditor's name and mailing address**                                    $Undetermined

DANA COMPANIES LLC
C/O PLOTNER, KENT L
HEYL ROYSTER VOELKER & ALLEN PC-PEORIA
300 HAMILTON BOULEVARD, PO BOX 6199
PEORIA, IL 61601-6199

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.186  **Nonpriority creditor's name and mailing address**                                    $Undetermined

DANCHEM TECHNOLOGIES, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.187**    **Nonpriority creditor's name and mailing address**    $Undetermined

DANCHEM TECHNOLOGIES, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.188**    **Nonpriority creditor's name and mailing address**    $Undetermined

DART CONTAINER CORPORATION OF KY, A MI CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.189**    **Nonpriority creditor's name and mailing address**    $Undetermined

DART CONTAINER CORPORATION OF KY, A MI CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.190**    **Nonpriority creditor's name and mailing address**    $19,608.00

DATALLIANCE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.191**    **Nonpriority creditor's name and mailing address**    $17,132.89

DATASERV
1630 DES PERES RD STE 301
SAINT LOUIS, MO 63131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
_____
        Name

Case number *(if known)* __16-11359__
_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.192 | **Nonpriority creditor's name and mailing address** | | $2,042.39 |
|---|---|---|---|

DAVID MCCUAN DBA MCCUAN ENTERP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.193 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

DAVIS, TAMMY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.194 | **Nonpriority creditor's name and mailing address** | | $684.73 |
|---|---|---|---|

DAY & ROSS (VOLKSWAGEN MARITIMES)
60 WARD AVE
BRAMPTON, ON L6S 4L5 CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.195 | **Nonpriority creditor's name and mailing address** | | $815.51 |
|---|---|---|---|

DAYTON FREIGHT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.196 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

DEAD RIVER COMPANY
80 EXCHANGE STREET, SUITE 3
BANGOR, ME 04401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | $10,394.27 |

DEANHOUSTON CHICAGO LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | $29,294.71 |

DEANHOUSTON INCORPORATED
625 EDEN PARK DR STE 1000
CINCINNATI, OH 45202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | $105,925.55 |

DECATUR CUSTOM TOOL INCORPORATED
410 N JASPER ST
DECATUR, IL 62521-1931

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | $56.20 |

DETROIT DIESEL (PENRAY)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | $Undetermined |

DIAMOND SHAMROCK REFINING AND MARKETING COMPANY (N/K/A VALERO RETAIL HOLDINGS, INC.)
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.202**  **Nonpriority creditor's name and mailing address**                                             $18.00

DIMAGGIO'S PIZZA
1 S 5TH ST
ALBION, IL 62806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.203**  **Nonpriority creditor's name and mailing address**                                             $4,821.78

DINAMEC SYSTEMS (KEPPEL SEGHERS PREVIOU)
4285 MCEVER INDUSTRIAL DR NW
ACWORTH, GA 30101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.204**  **Nonpriority creditor's name and mailing address**                                             $669.73

DMI AUTOMOTIVE
402 N 4TH ST
ALBION, IL 62806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.205**  **Nonpriority creditor's name and mailing address**                                             $39,173.17

DOBER CHEMICAL CORPORATION
11230 KATHERINES CROSSING STE 100
WOODRIDGE, IL 60517-5128

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.206**  **Nonpriority creditor's name and mailing address**                                             $139,406.40

DOMINO AMJET INCORPORATED
1290 LAKESIDE DR
GURNEE, IL 60031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.207** | **Nonpriority creditor's name and mailing address** | $450,263.71

DONALDSON COMPANY (AFTERMARKET)
1400 W 94TH ST
PO BOX 1299
MINNEAPOLIS, MN 55440-1299

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.208** | **Nonpriority creditor's name and mailing address** | $8,520.00

DONALDSON COMPANY (OEM)
1400 W 94TH ST
PO BOX 1299
MINNEAPOLIS, MN 55440-1299

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.209** | **Nonpriority creditor's name and mailing address** | $11,211.31

DOUG BROWN PACKAGING PRODUCTS INC
4240 DELEMERE CT
ROYAL OAK, MI 48073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.210** | **Nonpriority creditor's name and mailing address** | $6,780.23

DOYLE & ASSOCIATES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.211** | **Nonpriority creditor's name and mailing address** | $Undetermined

DRUG & LABORATORY DISPOSAL, INC.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212** | **Nonpriority creditor's name and mailing address** | $1,179.73

DUBOIS COUNTY TREASURER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.213** | **Nonpriority creditor's name and mailing address** | $Undetermined

DURST CO.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.214** | **Nonpriority creditor's name and mailing address** | $Undetermined

DUSTIN THOMASON
C/O KIRKPATRICK LAW OFFICES, P.C.
#3 EXECUTIVE WOODS COURT, SUITE 100
BELLEVILLE, IL 62226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.215** | **Nonpriority creditor's name and mailing address** | $422.00

DYNAMIC TECHNOLOGY INC
1200 N OLD US 23
PO BOX 559
HARTLAND, MI 48353-0559

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.216** | **Nonpriority creditor's name and mailing address** | $39.11

E & R INDUSTRIAL
2248 S GREEN ST
HENDERSON, KY 42420

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
_____
          Name

Case number *(if known)*  16-11359
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.217 | **Nonpriority creditor's name and mailing address** | | $6,104.43 |
|---|---|---|---|

E GROUP INCORPORATED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.218 | **Nonpriority creditor's name and mailing address** | | $521,308.89 |
|---|---|---|---|

EAGLE NONWOVENS INCORPORATED
10301 LAKE BLUFF DR
SAINT LOUIS, MO 63123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.219 | **Nonpriority creditor's name and mailing address** | | $374.31 |
|---|---|---|---|

EAGLE SUPPLY COMPANY
HWY 45 SOUTH
PO BOX 38
FAIRFIELD, IL 62837-0038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.220 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

EASYLINK SERVICES CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.221 | **Nonpriority creditor's name and mailing address** | | $33,320.40 |
|---|---|---|---|

EBM INCORPORATED
855 MORSE AVE
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.222 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

EDGIN, ORLINDA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.223 | **Nonpriority creditor's name and mailing address** | | $1,228.00 |
|---|---|---|---|

EDWARDS COUNTY HEALTH OFFICE
25 N 5TH ST
ALBION, IL 62806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.224 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

EECI INC FKA ENSERCH E&C INC AS SUC/INT TO EBASCO
C/O THAMES, BEN
HAWKINS PARNELL THACKSTON & YOUNG LLP-SAINT LOUIS
10 SOUTH BROADWAY, SUITE 1300
ST. LOUIS, MO 63102-1708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.225 | **Nonpriority creditor's name and mailing address** | | $22,135.19 |
|---|---|---|---|

EEI GLOBAL INC DBA EXHIBIT ENTERPRISES
1400 S LIVERNOIS
ROCHESTER HILLS, MI 48307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.226 | **Nonpriority creditor's name and mailing address** | | $20,130.30 |
|---|---|---|---|

EFI PLUS
1070 HERITAGE RD
BURLINGTON, ON L7L 4X9 CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
Name

Case number (if known) 16-11359

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.227 | **Nonpriority creditor's name and mailing address** | | $873.25 |

EMERGENCY RADIO SERVICE INC (E

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.228 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

ENVIRONMENTAL ENTERPRISES INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.229 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

ENVIRONMENTAL ENTERPRISES INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.230 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

EQ ILLINOIS (FORMERLY ENVIRITE OF ILLINOIS)
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.231 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

EQ RESOURCE RECOVERY, INC. (FORMERLY MICHIGAN RECOVERY SERVICES, INC.)
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|--------|------------------------------|---------------------------|----------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.232 | **Nonpriority creditor's name and mailing address** | $Undetermined

EQUITY OFFICE MANAGEMENT, LLC
C/O JON L. BENJAMIN, FARELLA BRAUN & MARTEL
235 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.233 | **Nonpriority creditor's name and mailing address** | $Undetermined

EQUITY OFFICE MANAGEMENT, LLC
C/O MARK C. FURSE, FURSE LAW OFFICES
9531 MONTICELLO AVENUE
EVANSTON, IL 60203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.234 | **Nonpriority creditor's name and mailing address** | $Undetermined

ERM WEST INCORPORATED
1777 BOTELHO DR STE 260
WALNUT CREEK, CA 94596-5042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Environmental Liability

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.235 | **Nonpriority creditor's name and mailing address** | $4,631.52

ERM WEST INCORPORATED
1777 BOTELHO DR STE 260
WALNUT CREEK, CA 94596-5042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.236 | **Nonpriority creditor's name and mailing address** | $8,941.00

ESCOBAR & RASON INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor      Champion Laboratories, Inc.
            _____
            Name

Case number *(if known)* __16-11359__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.237 | **Nonpriority creditor's name and mailing address** | | $15,515.48 |
|---|---|---|---|

ESSENTRA SPECIALTY TAPES INC
7400 W INDUSTRIAL DR
FOREST PARK, IL 60130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.238 | **Nonpriority creditor's name and mailing address** | | $140,826.80 |
|---|---|---|---|

EVANS COMPANY
2325 E LOGAN
PO BOX 494
DECATUR, IL 62525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.239 | **Nonpriority creditor's name and mailing address** | | $169.44 |
|---|---|---|---|

EVANSVILLE COURIER

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.240 | **Nonpriority creditor's name and mailing address** | | $1,779.56 |
|---|---|---|---|

EVANSVILLE SHEET METAL WORKS INC
1901 W MARYLAND ST
EVANSVILLE, IN 47712-5339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.241 | **Nonpriority creditor's name and mailing address** | | $6,888.92 |
|---|---|---|---|

EXPEDITORS INTERNATIONAL

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.242** | **Nonpriority creditor's name and mailing address** | $21,472.31

EXPRESS PERSONNEL SERVICES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.243** | **Nonpriority creditor's name and mailing address** | $492,512.15

EXXONMOBIL L&S (028)
ROOM 6C 0614
3225 GALLOWS RD
FAIRFAX, VA 22037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | $Undetermined

EXXONMOBIL OIL CORPORATION
5959 LAS COLINAS BOULEVARD
IRVING, TX 75039-2298

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | $Undetermined

F. MARSHALL BINFORD, JR., ASSOCIATE REGIONAL COUNSEL
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 4
61 FORSYTH STREET, S.W.
ATLANTA, GA 30303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | $41,080.90

FACTORIA INDUSTRIAL SA DE CV
6248 EDGEMERE STE 525
EL PASO, TX 79925

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Champion Laboratories, Inc.

Name

Case number *(if known)*  16-11359

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.247** | **Nonpriority creditor's name and mailing address** | | $38,727.76

FACTORY SUPPORT LTD
14152 E 12 MILE RD
WARREN, MI 48088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | | $163,207.34

FAIRLANE INDUSTRIES
3868 WASHINGTON BLVD
SAINT LOUIS, MO 63108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | | $137,043.42

FASTENAL COMPANY - MT VERNON
920 E 4TH ST
MOUNT VERNON, IN 47620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | | $30,417.90

FASTENAL COMPANY - SHELBY TOWNSHIP
51023 CELESTE DR
SHELBY TOWNSHIP, MI 48315

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | | $89.64

FEDEX

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.252** | **Nonpriority creditor's name and mailing address** | $Undetermined

FERRO ENGINEERING A DIVISION OF OGLEBAY NORTON
C/O CARMEUSE LIME & STONE
11 STANWIX STREET
PITTSBURGH, PA 15222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | $Undetermined

FIELDS, NANCY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | $446,927.22

FILTER CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | $1,376.83

FILTER MINDER (PREV ENGINEERED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | $Undetermined

FILTROS Y PARTES, S.A. DE CV
C/O LUIS ALONSO NAVARRETE AND HERBERT ALONSO MERLOS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 4-PCD-15

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.257** | **Nonpriority creditor's name and mailing address** | | $60,379.78

FINISHING BRANDS HOLDINGS INC
320 PHILLIPS AVE
TOLEDO, OH 43612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.258** | **Nonpriority creditor's name and mailing address** | | $Undetermined

FLOWSERVE CORPORATION FKA DURIRON COMPANY INC
C/O GOLDHABER, CATHERINE
SEGAL MCCAMBRIDGE SINGER & MAHONEY-CHICAGO
233 S. WACKER DRIVE, SUITE 5500
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.259** | **Nonpriority creditor's name and mailing address** | | $7,898.27

FLUID POWER ENGINEERING COMPANY INC
12951 GRAVOIS RD STE 120
SUNSET HILLS, MO 63127-1749

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.260** | **Nonpriority creditor's name and mailing address** | | $29,427.50

FORECAST PRODUCTS
2760 NW 63RD CT
FORT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.261** | **Nonpriority creditor's name and mailing address** | | $Undetermined

FORMOSA PLASTICS CORPORATION USA IND AND AS SUC/INT TO JM AC
C/O KUROWSKI, JOHN J
KUROWSKI SHULTZ LLC
228 WEST POINTE DRIVE
SWANSEA, IL 62226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 56 of 152

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.262**   **Nonpriority creditor's name and mailing address**                                      $Undetermined

FORMOSA PLASTICS CORPORATION USA IND AND AS SUC/INT TO
JM AC
C/O SHULTZ, WILLIAM D
KUROWSKI SHULTZ LLC
228 WEST POINTE DRIVE
SWANSEA, IL 62226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.263**   **Nonpriority creditor's name and mailing address**                                      $2,285.70

FORT WAYNE ANODIZING
2535 WAYNE TRACE AVE
FORT WAYNE, IN 46803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.264**   **Nonpriority creditor's name and mailing address**                                      $135.00

FORTVILLE FEEDERS INCORPORATED
750 E BROADWAY
PO BOX 70
FORTVILLE, IN 46040-0070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.265**   **Nonpriority creditor's name and mailing address**                                      $Undetermined

FOSTER WHEELER CORPORATION
C/O MAHONEY, WILLIAM F
SEGAL MCCAMBRIDGE SINGER & MAHONEY-CHICAGO
233 S. WACKER DRIVE, SUITE 5500
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.266**   **Nonpriority creditor's name and mailing address**                                      $1,799,604.90

FRAM US

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.

Name

Case number *(if known)*   16-11359

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.267**   **Nonpriority creditor's name and mailing address**    $81.90

FRASER OPTICAL
INDUSTRIAL SALES DIVISION
32925 GROESBECK HWY
FRASER, MI 48026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.268**   **Nonpriority creditor's name and mailing address**    $593.50

FREUDENBERG FILTRATION TECHNOLOGIES
BLVD AEROPUERTO 1811 BODEGA 10
COL SAN CARLOS
LEON, GTO, 37670 MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.269**   **Nonpriority creditor's name and mailing address**    $4,758.91

FRONTIER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.270**   **Nonpriority creditor's name and mailing address**    $30,595.84

FTG INCORPORATED
STE 280
12750 CENTER CT DR SOUTH
CERRITOS, CA 90703-8593

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.271**   **Nonpriority creditor's name and mailing address**    $88,552.19

FUCHS LUBRICANTS COMPANY
160 WELDON PKWY
MARYLAND HEIGHTS, MO 63043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.272 | **Nonpriority creditor's name and mailing address** | | $861.13 |
|---|---|---|---|

G & P QUALITY MANAGEMENT KFT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.273 | **Nonpriority creditor's name and mailing address** | | $825.28 |
|---|---|---|---|

GARAGE GROLEAU INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.274 | **Nonpriority creditor's name and mailing address** | | $302.76 |
|---|---|---|---|

GARAGE-  INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.275 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

GARY YOUNGBERG
801 N. BRAND AVENUE, SUITE 220
GLENDALE, CA 91203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.276 | **Nonpriority creditor's name and mailing address** | | $5,936.72 |
|---|---|---|---|

GCP APPLIED (W R GRACE PREVIOU

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.277**

**Nonpriority creditor's name and mailing address**                                    $21,843.16

GE CAPITAL (FORKLIFT LEASE)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.278**

**Nonpriority creditor's name and mailing address**                                    $135.14

GE SUPPLY COMPANY
2751 N BURKHARDT
EVANSVILLE, IN 47715

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.279**

**Nonpriority creditor's name and mailing address**                                    $Undetermined

GENERAL ELECTRIC COMPANY
3135 EASTON TURNPIKE
FAIRFIELD, CT 06828

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.280**

**Nonpriority creditor's name and mailing address**                                    $Undetermined

GENERAL ELECTRIC COMPANY
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.281**

**Nonpriority creditor's name and mailing address**                                    $Undetermined

GENERAL FILTERS, INC.
C/O DAVID B. VAN SLYKE, PRETIFLAHERTY
ONE CITY CENTER
PORTLAND, ME 04101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Champion Laboratories, Inc.
            _____
            Name

Case number *(if known)*  16-11359

---

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.282**

**Nonpriority creditor's name and mailing address**

$Undetermined

GENERAL REFRACTORIES COMPANY
1 BALA AVENUE # 210
BALA CYNWYD, PA 19004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.283**

**Nonpriority creditor's name and mailing address**

$Undetermined

GEORGIA PACIFIC LLC FKA GEORGIA PACIFIC CORPORATION
C/O SHEEHAN, SEAN P
HEPLER BROOM LLC
130 NORTH MAIN STREET, PO BOX 510
EDWARDSVILLE, IL 62025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.284**

**Nonpriority creditor's name and mailing address**

$Undetermined

GIANT RESOURCE RECOVERY, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.285**

**Nonpriority creditor's name and mailing address**

$Undetermined

GIANT RESOURCE RECOVERY, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.286**

**Nonpriority creditor's name and mailing address**

$27.45

GIBSON COUNTY TREASURER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.287** | **Nonpriority creditor's name and mailing address** | $2,450.23

GILLARD'S HARDWARE & RENTAL
335 INDUSTRIAL DR
ALBION, IL 62806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | $Undetermined

GIVAUDAN FLAVORS CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | $Undetermined

GIVAUDAN FLAVORS CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | $5,097.56

GO TO TRANSPORT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | $24,489.21

GONHER DE MEXICO
MANUEL ORDONEX 600
SANTA CATARINA, NL, 66350 MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Champion Laboratories, Inc.                                Case number (if known)  16-11359
_____Name_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.292** | **Nonpriority creditor's name and mailing address** | $Undetermined

GOODRICH
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.293** | **Nonpriority creditor's name and mailing address** | $Undetermined

GOODRICH
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.294** | **Nonpriority creditor's name and mailing address** | $27,218.76

GORDY'S MACHINE & TOOL INCORPORATED
PO BOX 760
1111 SW 3RD ST
FAIRFIELD, IL 62837

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295** | **Nonpriority creditor's name and mailing address** | $52,717.63

GOSS INDUSTRIES (USD CURRENCY)
6226 DANVILLE RD
MISSISSAUGA, ON L5T 2H7 CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | $62,635.51

GOSS INDUSTRIES (USD CURRENCY)
6226 DANVILLE RD
MISSISSAUGA, ON L5T 2H7 CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warehouse Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Champion Laboratories, Inc.
_____
Name

Case number *(if known)* 16-11359
_____

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.297** | **Nonpriority creditor's name and mailing address** | | $38,329.27

GOSS INDUSTRIES INTERNATIONAL INC
6226 DANVILLE RD
MISSISSAUGA, ON L5T 2H7 CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | | $5,879.64

GRAINGER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | | $27,265.50

GRAND RAPIDS LABEL COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | | $262.56

GRANDVIEW TIRE AND AUTO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | | $419.76

GREEN FILTERS SA DE CV
ISIDRO LOPEZ ZERTUCHE 5491
SALTILLO, COA, 25220 MEXICO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Champion Laboratories, Inc.
              _____                    Case number (if known) 16-11359
              Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| **Amount of claim** |

---

**3.302**    **Nonpriority creditor's name and mailing address**                                             $61,354.09

GREENE COMPANY                            **As of the petition filing date, the claim is:**
10742 KAHLMEYER                           *Check all that apply.*
PO BOX 8397
SAINT LOUIS, MO 63132-0397               ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

**3.303**    **Nonpriority creditor's name and mailing address**                                            $Undetermined

GROUP XPRESS EXPORTS, LLC                 **As of the petition filing date, the claim is:**
C/O JOHN W. MCLUSKEY, MCLUSKEY, MCDONALD & HUGHES, P.A.   *Check all that apply.*
8821 S.W. 69TH COURT
MIAMI, FL 33156                           ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Potential Litigation Claim - Matter No. No. 2015-018302 CA 10

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

**3.304**    **Nonpriority creditor's name and mailing address**                                             $2,158.32

GUD HOLDINGS (PTY) LTD                    **As of the petition filing date, the claim is:**
11/12 LEEUKOP RD                          *Check all that apply.*
PO BOX 15712
WESTMEAD, SOUTH AFRICA                    ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

**3.305**    **Nonpriority creditor's name and mailing address**                                             $750.14

GUSMER - DECKER                           **As of the petition filing date, the claim is:**
GRACO I LIQUID CONTROL                    *Check all that apply.*
8400 PORT JACKSON AVE NW
NORTH CANTON, OH 44720                    ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

**3.306**    **Nonpriority creditor's name and mailing address**                                             $3,491.00

GXS INC                                   **As of the petition filing date, the claim is:**
                                          *Check all that apply.*

                                          ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**       ☒ No
                                          ☐ Yes

---

Debtor    Champion Laboratories, Inc.
_____
Name

Case number *(if known)* 16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.307 | **Nonpriority creditor's name and mailing address** | | $22,858.40 |

H B FULLER COMPANY
1200 WILLOW LAKE BLVD
SAINT PAUL, MN 55110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.308 | **Nonpriority creditor's name and mailing address** | | $225.92 |

HAMILTON DATA CARD INCORPORATED
4513 ELM AVE
BROOKFIELD, IL 60513

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.309 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

HAMILTON SUNDSTRAND CORPORATION, FORMERLY SUNDSTRAND
AEROSPACE
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.310 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

HAMILTON SUNDSTRAND CORPORATION, FORMERLY SUNDSTRAND
AEROSPACE
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.311 | **Nonpriority creditor's name and mailing address** | | $25,458.13 |

HARBOR CAPITAL LEASING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.312 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

HARRIS, STEPHEN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.313 | **Nonpriority creditor's name and mailing address** | | $224.20 |
|---|---|---|---|

HARWELL INTERNATIONAL CO.

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.314 | **Nonpriority creditor's name and mailing address** | | $434.23 |
|---|---|---|---|

HEAD SETTERS
7758 CASS ST
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.315 | **Nonpriority creditor's name and mailing address** | | $182,455.68 |
|---|---|---|---|

HELIX INTERNATIONAL - TUBE DIVISION
TUBE DIVISION
1180 PRATT BLVD
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.316 | **Nonpriority creditor's name and mailing address** | | $600,000.00 |
|---|---|---|---|

HENGST OF N AMERICA
29 HENGST DR
CAMDEN, SC 29020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Settlement

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Champion Laboratories, Inc.
            _____
            Name

Case number (if known)  16-11359
                        _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.317**  Nonpriority creditor's name and mailing address                                        $564,420.50

HENGST OF NORTH AMERICA INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.318**  Nonpriority creditor's name and mailing address                                        $99,212.82

HENKEL ADHESIVES
1345 GASKET DR
ELGIN, IL 60120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.319**  Nonpriority creditor's name and mailing address                                        $Undetermined

HENSON, SCOTT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.320**  Nonpriority creditor's name and mailing address                                        $4,580.84

HIGBEE INCORPORATED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.321**  Nonpriority creditor's name and mailing address                                        $117,830.39

HIGHLAND SPRING & SPECIALTY IN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.322 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

HINTERSCHER, WILLIAM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.323 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

HITTINGER, DAVID
C/O BROUGHAL & DEVITO, LLP
38 W MARKET ST
BETHLEHEM, PA 18018

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 15-cv5360

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.324 | **Nonpriority creditor's name and mailing address** | | $526,777.88 |
|---|---|---|---|

HOLLINGSWORTH & VOSE COMPANY
112 WASHINGTON ST
EAST WALPOLE, MA 02032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.325 | **Nonpriority creditor's name and mailing address** | | $121,762.92 |
|---|---|---|---|

HOLZMEYER DIE & MOLD MFG CORPORATION
333 S 2ND AVE
PO BOX 610
PRINCETON, IN 47670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.326 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

HONEYWELL INTENATIONAL INC
C/O BEHNEN, NICOLE C
POLSINELLI PC - ST LOUIS
100 S. FOURTH STREET, SUITE 1000
ST. LOUIS, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.327** | **Nonpriority creditor's name and mailing address** | $52,078.39

HOOSIER STAMPING & MFG CORPORPORATION
700 SCHRADER AVE
PO BOX 6447
EVANSVILLE, IN 47719-0447

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | $1.63

HORTIN, SHIRLEY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | $Undetermined

HOUSING AUTHORITY OF HOPKINSVILLE, KENTUCKY
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | $Undetermined

HOWARD, JAMIE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | $881.55

HYPNEUMAT INCORPORATED
5900 W FRANKLIN DR
FRANKLIN, WI 53132-9178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 70 of 152

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.332 | **Nonpriority creditor's name and mailing address** | | $6,457.70 |
|---|---|---|---|

IAP WEST INCORPORATED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.333 | **Nonpriority creditor's name and mailing address** | | $3,687.00 |
|---|---|---|---|

IBM CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.334 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ILLINOIS CENTRAL RAILROAD COMPANY
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.335 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ILLINOIS CENTRAL RAILROAD COMPANY
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.336 | **Nonpriority creditor's name and mailing address** | | $2,788.00 |
|---|---|---|---|

ILLINOIS ENVIRONMENTAL PROTECT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|--------|------------------------------|------------------------------------|
|        | Name                         |                                    |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.337** | **Nonpriority creditor's name and mailing address** | $2,000.00

ILLINOIS STATE CHAMBER OF COMMERCE
215 E ADAMS ST STE 1
PO BOX 19258
SPRINGFIELD, IL 62794-9258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.338** | **Nonpriority creditor's name and mailing address** | $114,042.55

ILLINOIS STATE CHAMBER OF COMMERCE
215 E ADAMS ST STE 1
PO BOX 19258
SPRINGFIELD, IL 62794-9258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Grant Obligation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.339** | **Nonpriority creditor's name and mailing address** | $3,524.02

IMI SENSORS
PCB PIEZOTRONICS INC
3425 WALDEN AVE
DEPEW, NY 14043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.340** | **Nonpriority creditor's name and mailing address** | $Undetermined

INCHEM CORP.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.341** | **Nonpriority creditor's name and mailing address** | $Undetermined

INCHEM CORP.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.342 | **Nonpriority creditor's name and mailing address** | | $25,133.50 |
|---|---|---|---|

INCOE CORPORATION
1740 E MAPLE RD
TROY, MI 48083

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.343 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

INDIANA-KENTUCKY ELECTRIC CORPORATION
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.344 | **Nonpriority creditor's name and mailing address** | | $654,628.86 |
|---|---|---|---|

INDUCONTROL SA DE CV

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.345 | **Nonpriority creditor's name and mailing address** | | $27,452.45 |
|---|---|---|---|

INDUSTRIAL CONTRACTORS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.346 | **Nonpriority creditor's name and mailing address** | | $526,324.11 |
|---|---|---|---|

INFINITY MOLDING & ASSEMBLY
5520 INDUSTRIAL RD
MOUNT VERNON, IN 47620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.347**  **Nonpriority creditor's name and mailing address**                                           $Undetermined

INGERSOLL RAND COMPANY
C/O SHEEHAN, SEAN P
HEPLER BROOM LLC
130 NORTH MAIN STREET, PO BOX 510
EDWARDSVILLE, IL 62025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.348**  **Nonpriority creditor's name and mailing address**                                           $Undetermined

INGERSOLL RAND COMPANY
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.349**  **Nonpriority creditor's name and mailing address**                                           $70,929.42

INTEGRALE MARKETING & CONSULTING SL
CIF/VAT ES-B97033385
CAP TURIA 17 POLIGONO IND EL BOVALAR
VALENCIA, 46970 SPAIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.350**  **Nonpriority creditor's name and mailing address**                                           $69,826.55

INTERFIL SA DE CV

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.351**  **Nonpriority creditor's name and mailing address**                                           $606,005.44

INTERNATIONAL PAPER
2000 LYNCH RD
PO BOX 63
EVANSVILLE, IN 47701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   Champion Laboratories, Inc.
_____
         Name

Case number *(if known)* __16-11359__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.352**  **Nonpriority creditor's name and mailing address**                                $Undetermined

INTERNATIONAL SPECIALTY PRODUCTS, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.353**  **Nonpriority creditor's name and mailing address**                                $Undetermined

INTERNATIONAL SPECIALTY PRODUCTS, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.354**  **Nonpriority creditor's name and mailing address**                                $72,244.78

IPC GLOBAL SOLUTIONS
605 MYLES STANDISH BLVD
TAUNTON, MA 02780

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.355**  **Nonpriority creditor's name and mailing address**                                $Undetermined

ISAACS, BRENDA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.356**  **Nonpriority creditor's name and mailing address**                                $319.50

ITOCHU AUTOMOBILE AMERICA INC
33533 W 12 MILE RD STE 300
FARMINGTON HILLS, MI 48331

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.357**  **Nonpriority creditor's name and mailing address**                                    $448,104.90

ITW LABELS
1 MISSOURI RESEARCH PARK
SAINT CHARLES, MO 63304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.358**  **Nonpriority creditor's name and mailing address**                                    $49,842.42

ITW SEXTON CAN COMPANY INCORPORATED
162 ROYAL CREST DR
MARTINSBURG, WV 25401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.359**  **Nonpriority creditor's name and mailing address**                                    $198,334.36

IWM INTERNATIONAL LLC
500 E MIDDLE ST
HANOVER, PA 17331

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.360**  **Nonpriority creditor's name and mailing address**                                    $3,333.56

J J TRUCK & TRAILER REPAIR
324 N WEST ST
WEST SALEM, IL 62476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.361**  **Nonpriority creditor's name and mailing address**                                    $5,804.40

JACKSON SPRING & MANUFACTURING CO INC
299 BOND ST
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Champion Laboratories, Inc.                                    Case number *(if known)*  16-11359
                  Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.362 | **Nonpriority creditor's name and mailing address** | | $8,255.89 |

JACKSON SPRING & MANUFACTURING CO INC
299 BOND ST
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warehouse Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.363 | **Nonpriority creditor's name and mailing address** | | $5,498.04 |

JACOBI CARBONS INC
432 MCCORMICK BLVD
COLUMBUS, OH 43213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.364 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

JAMES WALKER MANUFACTURING CO
C/O CRAWFORD, THOMAS M
LITCHFIELD CAVO LLP-CHICAGO
303 WEST MADISON STREET, SUITE 300
CHICAGO, IL 60606-3300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.365 | **Nonpriority creditor's name and mailing address** | | $4,929.75 |

JASPER ELECTRIC MOTORS
733 W DIVISION RD
JASPER, IN 47546

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.366 | **Nonpriority creditor's name and mailing address** | | $3,053,721.57 |

JASPER RUBBER PRODUCTS INCORPO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.367** | **Nonpriority creditor's name and mailing address** | | $Undetermined

JM MANUFACTURING COMPANY INC
C/O SHULTZ, WILLIAM D
KUROWSKI SHULTZ LLC
228 WEST POINTE DRIVE
SWANSEA, IL 62226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.368** | **Nonpriority creditor's name and mailing address** | | $18,560.17

JOBWORKS INCORPORATED
5066 N IL 130
PO BOX 190
OLNEY, IL 62450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.369** | **Nonpriority creditor's name and mailing address** | | $Undetermined

JOHN CRANE INC
C/O BURNS, EDWARD
OCONNELL TIVIN MILLER & BURNS LLC
135 S. LASALLE STREET, SUITE 2300
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.370** | **Nonpriority creditor's name and mailing address** | | $Undetermined

JOHN DEERE COMPANY
C/O WATSON, BRIAN
RILEY SAFER HOLMES & CANCILA LLP
ADDRESS TBD

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.371** | **Nonpriority creditor's name and mailing address** | | $425.62

JOHN DEERE FINANCIAL
PO BOX 650215
DALLAS, TX 75265-0215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.372 | **Nonpriority creditor's name and mailing address** | $15,928.78 |

JOHN HENRY FOSTER CO OF ST LOUIS INC
4700 LE BOURGET DR
PO BOX 419161
CREVE COEUR, MO 63141-9161

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.373 | **Nonpriority creditor's name and mailing address** | $46,709.11 |

JOHNSON BROS RUBBER COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.374 | **Nonpriority creditor's name and mailing address** | $2.70 |

JOLLEY, DAKOTAH

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address** | $10,522.01 |

JOSCO / NATIONSALES
PO BOX 626
MATTHEWS, NC 28106-0626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.376 | **Nonpriority creditor's name and mailing address** | $Undetermined |

JOSEPH M. KUO
C/O MICHAEL J. FLAHERTY & COREY S. BERMAN, FLAHERTY &
YOUNGERMAN, P.C.
20 S. CLARK STREET, SUITE 1050
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 12 L 3451

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.377**

**Nonpriority creditor's name and mailing address**

$Undetermined

JS ALBERICI CONSTRUCTION CO INC NKA ALBERICI CONSTRUCTOR IN
C/O SIMON, JERRY
PITZER SNODGRASS PC
100 SOUTH FOURTH STREET, SUITE 400
ST. LOUIS, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.378**

**Nonpriority creditor's name and mailing address**

$876.02

K & N ENGINEERING INC
1455 CITRUS ST
RIVERSIDE, CA 92507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.379**

**Nonpriority creditor's name and mailing address**

$660.00

KAHN DEES DONOVAN & KAHN
501 MAIN ST
PO BOX 3646
EVANSVILLE, IN 47735-3646

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.380**

**Nonpriority creditor's name and mailing address**

$15,258.00

KAUFMAN MANUFACTURING COMPANY
547 S 29TH ST
PO BOX 1056
MANITOWOC, WI 54220-1056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.381**

**Nonpriority creditor's name and mailing address**

$2,503.25

KEEPITSAFE INC DBA LIVEVAULT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.382** | **Nonpriority creditor's name and mailing address** | $25,237.88

KELLER SCHROEDER AND ASSOCIATES INC
4920 CARRIAGE DR
EVANSVILLE, IN 47715-2578

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.383** | **Nonpriority creditor's name and mailing address** | $1,089.85

KELLY SERVICES INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.384** | **Nonpriority creditor's name and mailing address** | $1,757.50

KEYENCE CORPORATION OF AMERICA
669 RIVER DR STE 403
ELMWOOD PARK, NJ 07407

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.385** | **Nonpriority creditor's name and mailing address** | $136,330.18

KIRBY RISK ELECTRICAL SUPPLY
1120 VETERANS MEMORIAL DR
MOUNT VERNON, IL 62884

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.386** | **Nonpriority creditor's name and mailing address** | $98.90

KNAPP OIL COMPANY
PO BOX 215
XENIA, IL 62899

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
          _____
          Name

Case number *(if known)* __16-11359__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.387** | **Nonpriority creditor's name and mailing address** | $808,838.54

KOAIR INDUSTRIAL CO LTD
145-1 GAEGOK-RI WORLGOT-MYUN
KIMPO-CITY KYUNGGI-DO, 415-871 KOREA, REPUBLIC OF

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.388** | **Nonpriority creditor's name and mailing address** | $0.36

KONICA MINOLTA BUSINESS SOLUTIONS USA
1742 WATERSON TR
LOUISVILLE, KY 40299

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.389** | **Nonpriority creditor's name and mailing address** | $971.13

KOORSEN PROTECTION SERVICES
4725 HITCH PETER RD
EVANSVILLE, IN 47711

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.390** | **Nonpriority creditor's name and mailing address** | $Undetermined

KOPPERS INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.391** | **Nonpriority creditor's name and mailing address** | $Undetermined

KOPPERS INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 82 of 152

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.392 | **Nonpriority creditor's name and mailing address** | | $49,920.00 |
|---|---|---|---|

KOREA FILTRATION TECHNOLOGIES CO LTD
11FL KUMHA BLDG
41-2 CHEONGDAM-DONG
SEOUL, 135-766 KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.393 | **Nonpriority creditor's name and mailing address** | | $39,606.00 |
|---|---|---|---|

KURZ-KASCH INCORPORATED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.394 | **Nonpriority creditor's name and mailing address** | | $20,245.41 |
|---|---|---|---|

KUSS CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.395 | **Nonpriority creditor's name and mailing address** | | $40,572.60 |
|---|---|---|---|

L & S INDUSTRIES INCORPORATED

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.396 | **Nonpriority creditor's name and mailing address** | | $121,075.63 |
|---|---|---|---|

LAKESIDE METALS INC
7000 ADAMS ST STE 210
WILLOWBROOK, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.397 | **Nonpriority creditor's name and mailing address** | | $1,859.24 |
|---|---|---|---|

LARSON SYSTEMS INC

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.398 | **Nonpriority creditor's name and mailing address** | | $945.00 |
|---|---|---|---|

LAWRENCEVILLE BROADCASTING INC

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.399 | **Nonpriority creditor's name and mailing address** | | $299.74 |
|---|---|---|---|

LEADER BUSINESS

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.400 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

LEE, BELINDA S

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.401 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

LEEMHUIS, RICHARD

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Champion Laboratories, Inc.
_____
Name

Case number (if known)   16-11359

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.402 **Nonpriority creditor's name and mailing address** | $3,952.61 |

LEONARD & ASSOCIATES
5630 BRIDGETOWN RD STE 2
CINCINNATI, OH 45248

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| | |
|---|---|
| 3.403 **Nonpriority creditor's name and mailing address** | $5,410.00 |

LEWIS SPRING AND MANUFACTURING COMPANY
7500 N NATCHEZ AVE
NILES, IL 60714

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| | |
|---|---|
| 3.404 **Nonpriority creditor's name and mailing address** | $308.50 |

LOFTON LABEL INCORPORATED
6290 CLAUDE WAY EAST
INVER GROVE HEIGHTS, MN 55076

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| | |
|---|---|
| 3.405 **Nonpriority creditor's name and mailing address** | $Undetermined |

LOWERY, STEVEN O

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| | |
|---|---|
| 3.406 **Nonpriority creditor's name and mailing address** | $284.40 |

LTI FLEXIBLE PRODUCTS

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   Champion Laboratories, Inc.
         _____        Case number *(if known)* __16-11359__
         Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  **Amount of claim**

| 3.407 | **Nonpriority creditor's name and mailing address** | | $8,206.44 |
|---|---|---|---|

LTI HOLDINGS INC DBA BOYD CORP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.408 | **Nonpriority creditor's name and mailing address** | | $2,551.48 |
|---|---|---|---|

LUBRIZOL CORPORATION THE
41 TIDAL RD
DEER PARK, TX 77536

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.409 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

LWD PRP GROUP
2475 INDUSTRIAL BOULEVARD
CALVERT CITY, KY 42029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.410 | **Nonpriority creditor's name and mailing address** | | $1,032.50 |
|---|---|---|---|

M & M QUALITY SOLUTIONS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.411 | **Nonpriority creditor's name and mailing address** | | $10.87 |
|---|---|---|---|

MABRY, MICHAEL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.412 | **Nonpriority creditor's name and mailing address** | | $2,808.00 |
|---|---|---|---|

MACHINE PRODUCTS INCORPORATED
3428 BLACK & DECKER RD
HOPE MILLS, NC 28348

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.413 | **Nonpriority creditor's name and mailing address** | | $335,000.86 |
|---|---|---|---|

MAHLE AFTERMARKET INC
7670 HACKS CROSS RD
OLIVE BRANCH, MS 38654

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.414 | **Nonpriority creditor's name and mailing address** | | $21,213.27 |
|---|---|---|---|

MAIN FILTER & SUPPLY LTD
188 INDUSTRIAL PARK CRESENT
PO BOX 696
SAULT STE MARIE, ON P6B 5P2 CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.415 | **Nonpriority creditor's name and mailing address** | | $66,445.51 |
|---|---|---|---|

MAKO METALS

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.416 | **Nonpriority creditor's name and mailing address** | | $6,221.84 |
|---|---|---|---|

MANAGEMENT INFORMATION SYSTEMS GROUP INC
A DIVISION OF ANXEBUSINESS
DEPT 77007 PO BOX 77000
DETROIT, MI 48277-0007

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.417**  **Nonpriority creditor's name and mailing address**                                          $151,097.56

MANN+HUMMEL PUROLATOR FILTERS LLC
3200 NATAL ST
FAYETTEVILLE, NC 28306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.418**  **Nonpriority creditor's name and mailing address**                                          $46,167.15

MANPOWER OF TOLEDO
114 N SUMMIT ST
TOLEDO, OH 43604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.419**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

MARATHON ELECTRIC MANUFACTURING CORPORATION
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.420**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

MARATHON OIL COMPANY
5555 SAN FELIPE STREET
HOUSTON, TX 77056-2723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.421**  **Nonpriority creditor's name and mailing address**                                          $Undetermined

MARATHON PETROLEUM COMPANY LP AS ASSIGNEE OF
MARATHON OIL COMPANY
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 88 of 152 |
|---|---|---|

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.422** | **Nonpriority creditor's name and mailing address** | $Undetermined

MARATHON PETROLEUM COMPANY LP AS ASSIGNEE OF
MARATHON OIL COMPANY
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.423** | **Nonpriority creditor's name and mailing address** | $56,400.00

MARCHEM CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.424** | **Nonpriority creditor's name and mailing address** | $939.01

MARK MONITOR INC
PO BOX 71398
CHICAGO, IL 60694-1398

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.425** | **Nonpriority creditor's name and mailing address** | $612.00

MARSH PLATING CORPORATION
103 N GROVE ST
YPSILANTI, MI 48198

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.426** | **Nonpriority creditor's name and mailing address** | $42,811.33

MARSHALL ELECTRIC INCORPORATED
1707 W OAK ST STE B
PO BOX 455
CARMI, IL 62821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

---

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.427 | **Nonpriority creditor's name and mailing address** |

$12,667.71

MASTERCONTROL INC
6330 S 3000 EAST STE 200
SALT LAKE CITY, UT 84121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.428 | **Nonpriority creditor's name and mailing address** |

$Undetermined

MAXION WHEELS, A DIVISION OF IOCHPE-MAXION (F/K/A HAYES
LEMMERZ INTERNATIONAL, INC.)
15300 CENTENNIAL DRIVE
NORTHVILLE, MI 48168

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.429 | **Nonpriority creditor's name and mailing address** |

$Undetermined

MCCLELLAN, GEORGE E

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.430 | **Nonpriority creditor's name and mailing address** |

$5,983.33

MCMASTER-CARR SUPPLY CO
600 COUNTY LINE RD
ELMHURST, IL 60126-2081

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.431 | **Nonpriority creditor's name and mailing address** |

$741.86

MCMASTER-CARR SUPPLY CO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.432**   **Nonpriority creditor's name and mailing address**                                                                                               $1,050.00

MCNAUGHTON-M

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.433**   **Nonpriority creditor's name and mailing address**                                                                                         $Undetermined

MCVAIGH, AMANDA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.434**   **Nonpriority creditor's name and mailing address**                                                                                               $2,560.00

MEISLER TRAILER RENTAL
1103 E FRANKLIN ST
PO BOX 3357
EVANSVILLE, IN 47711-5737

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.435**   **Nonpriority creditor's name and mailing address**                                                                                             $140,261.25

METAL FLOW CORPORATION
11694 JAMES ST
HOLLAND, MI 49424

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.436**   **Nonpriority creditor's name and mailing address**                                                                                             $320,923.17

METALEX CORPORATION
ROUTE 21
PO BOX 399
LIBERTYVILLE, IL 60048-0399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.437** | **Nonpriority creditor's name and mailing address** | $15,561.37

METCOM INCORPORATED
2178 FISK RD
PO BOX 49065
ALGOOD, TN 38506-0065

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.438** | **Nonpriority creditor's name and mailing address** | $2,347.18

METROPOLITAN AIR COMPRESSOR CO

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.439** | **Nonpriority creditor's name and mailing address** | $Undetermined

METROPOLITAN LIFE INSURANCE CO
C/O JOLEY, CHARLES L
JOLEY OLIVER & BEASLEY PC
8 E. WASHINGTON STREET
BELLEVILLE, IL 62220

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.440** | **Nonpriority creditor's name and mailing address** | $180.00

MICHIGAN DEPT OF ENERGY

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.441** | **Nonpriority creditor's name and mailing address** | $4,147.00

MIDWEST SECURITY SOLUTIONS INC
2501 N CULLEN AVE
EVANSVILLE, IN 47715

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 92 of 152

Debtor    Champion Laboratories, Inc.
          Name

Case number (if known)  16-11359

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.442   **Nonpriority creditor's name and mailing address**    $Undetermined

MILLIKEN & COMPANY
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.443   **Nonpriority creditor's name and mailing address**    $Undetermined

MILLIKEN & COMPANY
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.444   **Nonpriority creditor's name and mailing address**    $446,205.09

MILTEC INCORPORATED
6870 S 10TH ST
OAK CREEK, WI 53154

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.445   **Nonpriority creditor's name and mailing address**    $Undetermined

MINE SAFETY APPLIANCES COMPANY
C/O MUSKOPF, JEFF W
SMITHAMUNDSEN LLC-ST LOUIS
120 S CENTRAL AVE, SUITE 700
ST. LOUIS, MO 63105-1794

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.446   **Nonpriority creditor's name and mailing address**    $1,210.66

MINSTER MACHINE COMPANY
115 N OHIO ST
PO BOX 120
MINSTER, OH 45865

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 93 of 152

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|--------|------------------------------|------------------------------------|
|        | Name |  |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.447 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

MITCHELL, LOWELL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | | $5,272.96 |
|---|---|---|---|

MOLDING SERVICES OF ILLINOIS INC
126 N WEST ST
PO BOX 712
OLNEY, IL 62450

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | | $1,502.20 |
|---|---|---|---|

MOORE WALLACE
1650 DES PERES RD
SAINT LOUIS, MO 63131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | | $30,285.11 |
|---|---|---|---|

MORGAN DISTRIBUTING INCORPORATED
3425 N 22ND ST
DECATUR, IL 62526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | | $3,528.60 |
|---|---|---|---|

MORRISON CONTAINER HANDLING SOLUTIONS
335 W 194TH ST
GLEENWOOD, IL 60425

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Champion Laboratories, Inc.
Name

Case number (if known) 16-11359

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.452 | **Nonpriority creditor's name and mailing address** |

$537,877.70

MOTION INDUSTRIES - EVANSVILLE
2544 MJM INDUSTRIAL DR
EVANSVILLE, IN 47715

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.453 | **Nonpriority creditor's name and mailing address** |

$13,784.93

MOTION INDUSTRIES- STERLING H

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.454 | **Nonpriority creditor's name and mailing address** |

$Undetermined

MOTIVA ENTERPRISES LLC
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.455 | **Nonpriority creditor's name and mailing address** |

$Undetermined

MOTIVA ENTERPRISES LLC
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.456 | **Nonpriority creditor's name and mailing address** |

$16.11

MT CARMEL RURAL KING

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.457** | **Nonpriority creditor's name and mailing address** | | $84,532.64

MT VERNON SCREW PRODUCTS
1020 CANAL ST
PO BOX 250
MOUNT VERNON, IN 47620-0250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.458** | **Nonpriority creditor's name and mailing address** | | $67.79

MUSE BAY INCORPORATED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.459** | **Nonpriority creditor's name and mailing address** | | $74.00

NATIONAL MOTOR FREIGHT TRAFFIC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.460** | **Nonpriority creditor's name and mailing address** | | $579.69

NAVIGATOR AND JOURNAL-REGISTER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.461** | **Nonpriority creditor's name and mailing address** | | $Undetermined

NCR CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.462 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

NCR CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.463 | **Nonpriority creditor's name and mailing address** | | $1,800.45 |
|---|---|---|---|

NEFF POWER INC
13750 SHORELINE DR
EARTH CITY, MO 63045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.464 | **Nonpriority creditor's name and mailing address** | | $225,231.96 |
|---|---|---|---|

NEW CAN COMPANY INCORPORATED
1 MEAR RD
HOLBROOK, MA 02343-1329

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.465 | **Nonpriority creditor's name and mailing address** | | $1,419.98 |
|---|---|---|---|

NEW JERSEY MACHINE COMPANY
56 ETNA RD
LEBANON, NH 03766

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.466 | **Nonpriority creditor's name and mailing address** | | $26,706.41 |
|---|---|---|---|

NEXEO SOLUTIONS LLC
3 WATERWAY SQUARE PL STE 1000
THE WOODLANDS, TX 77380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 97 of 152 |
|---|---|---|

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.467** | **Nonpriority creditor's name and mailing address** | $Undetermined

NISSAN NORTH AMERICA INC.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.468** | **Nonpriority creditor's name and mailing address** | $6,970.44

NORDSON CORPORATION
CUSTOMER SERVICE CENTER
11475 LAKEFIELD DR
DULUTH, GA 300097

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.469** | **Nonpriority creditor's name and mailing address** | $1,180.56

NORDSON EFD LLC
40 CATAMORE BLVD
EAST PROVIDENCE, RI 02914

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.470** | **Nonpriority creditor's name and mailing address** | $1,944.30

NORTH AMERICAN FILTER CORPORAT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.471** | **Nonpriority creditor's name and mailing address** | $15,205.88

NYPRO IOWA INC
400 N HARVEY RD
MOUNT PLEASANT, IA 52641

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
_____
Name

Case number (if known)  16-11359
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.472 | **Nonpriority creditor's name and mailing address** | | $2,515.00 |
|---|---|---|---|

O'BRYAN BARREL CO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | | $780.75 |
|---|---|---|---|

OAK HARBOR FREIGHT LINES INC
PO BOX 1469
AUBURN, WA 98071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | | $249.67 |
|---|---|---|---|

OERLIKON BALZERS COATING USA INC
1475 WOODFIELD RD STE 201
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | | $3,305.01 |
|---|---|---|---|

OFFICE EXPRESS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | | $57,477.51 |
|---|---|---|---|

OFFICEWARE FINANCIAL SERVICES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    Champion Laboratories, Inc.
_____
Name

Case number (if known)  16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.477 | Nonpriority creditor's name and mailing address | $75.62

OKI SYSTEMS LIMITED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.478 | Nonpriority creditor's name and mailing address | $Undetermined

OLSON & CEPURITIS, LTD.
C/O MICHAEL J. FLAHERTY & COREY S. BERMAN, FLAHERTY &
YOUNGERMAN, P.C.
20 S. CLARK STREET, SUITE 1050
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 12 L 3451

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.479 | Nonpriority creditor's name and mailing address | $185,280.00

OMNI PLASTICS LLC
2300 LYNCH RD
EVANSVILLE, IN 47711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.480 | Nonpriority creditor's name and mailing address | $630.00

ORIGINAL COMPANY THE DBA WFIW
HWY 15 E
PO BOX 310
FAIRFIELD, IL 62837-0310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.481 | Nonpriority creditor's name and mailing address | $8,403.50

OSLAY TED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.482** | **Nonpriority creditor's name and mailing address** | $Undetermined

P & H MINING EQUIPMENT INC
C/O JOHNSTON, EDWARD E
FOLEY & MANSFIELD-ST LOUIS
101 SOUTH HANLEY ROAD, STE 600
ST. LOUIS, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.483** | **Nonpriority creditor's name and mailing address** | $11,138.08

PACIFIC RIM CAPITAL INC
15 ENTERPRISE STE 400
ALISO VIEJO, CA 92656

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.484** | **Nonpriority creditor's name and mailing address** | $126,706.37

PACKAGING CORPORATION OF AMERICA
1955 W FIELD CT
LAKE FOREST, IL 60045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.485** | **Nonpriority creditor's name and mailing address** | $15,155.05

PACKAGING SYSTEMS DESIGN INC
6455 GANO RD
WEST CHESTER, OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.486** | **Nonpriority creditor's name and mailing address** | $444.44

PACKAGING SYSTEMS INCORPORATED
163 CHESTERFIELD IND BLVD
PO BOX 6576
CHESTERFIELD, MO 63006-6576

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.487** | **Nonpriority creditor's name and mailing address** | $397,717.06

PALLET RECYCLERS
4200 UPPER MT VERNON RD
EVANSVILLE, IN 47712

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.488** | **Nonpriority creditor's name and mailing address** | $19,039.50

PAR 4 PLASTICS INCORPORATED
351 INDUSTRIAL DR
MARION, KY 42064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.489** | **Nonpriority creditor's name and mailing address** | $191,611.36

PARKER HANNIFIN CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.490** | **Nonpriority creditor's name and mailing address** | $162,660.67

PARKER SEAL (FORMERLY GOSHEN)
3025 W CROFT CIR
PO BOX 517
GOSHEN, IN 46527-0517

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.491** | **Nonpriority creditor's name and mailing address** | $Undetermined

PARTS ZONE, S.A. DE C.V.
C/O LUIS ALONSO NAVARRETE AND HERBERT ALONSO MERLOS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 4-PCD-15

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Champion Laboratories, Inc.
_____
Name

Case number *(if known)* 16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.492 | **Nonpriority creditor's name and mailing address** | $3,500.00

PATRIOT ENGINEERING AND ENVIRONMENTAL
6330 E 75TH ST STE 216
INDIANAPOLIS, IN 46205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.493 | **Nonpriority creditor's name and mailing address** | $426,387.52

PAX MACHINE WORKS INCORPORATED
5139 MONROE RD
PO BOX 338
CELINA, OH 45822

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.494 | **Nonpriority creditor's name and mailing address** | $Undetermined

PDC LABORATORIES, INC.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.495 | **Nonpriority creditor's name and mailing address** | $6,088.18

PEACOCK ROKI CO LTD
2-52 CHOME TAMAGAWA
FUKUSHIMA-KU
OSAKA, 553 0004 JAPAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.496 | **Nonpriority creditor's name and mailing address** | $Undetermined

PEARCE, JONATHAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 103 of 152

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.497** | Nonpriority creditor's name and mailing address | $Undetermined

PEARCE, RHEANNA

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.498** | Nonpriority creditor's name and mailing address | $Undetermined

PEERLESS PUMP COMPANY INC
C/O GOLLWITZER, JOHN
SWANSON MARTIN & BELL LLP
330 N. WABASH, SUITE 3300
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.499** | Nonpriority creditor's name and mailing address | $3,600.00

PEKO INCORPORATED
10F NO 189 HS1 N YI RD SEC 4
PO BOX 108-14
TAIPEI, TAIWAN

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.500** | Nonpriority creditor's name and mailing address | $Undetermined

PENSION BENEFIT GUARANTY CORPORATION
ATTN W. THOMAS REEDER JR., DIRECTOR
1200 K STREET, NW
WASHINGTON, DC 20005-4026

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Pension Obligation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.501** | Nonpriority creditor's name and mailing address | $Undetermined

PEORIA DISPOSAL COMPANY
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
          —————————————————————————
          Name

Case number *(if known)*  16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.502** | **Nonpriority creditor's name and mailing address** | $Undetermined

PEPSICO, INCORPORATED
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.503** | **Nonpriority creditor's name and mailing address** | $Undetermined

PEPSICO, INCORPORATED
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.504** | **Nonpriority creditor's name and mailing address** | $Undetermined

PERMA-FIX ENVIRONMENTAL SERVICES, INC. AND SUBSIDIARIES
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.505** | **Nonpriority creditor's name and mailing address** | $462.25

PETRO SISTEMAS INCORPORATED
14629 SW 104TH ST #109
MIAMI, FL 33186

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.506** | **Nonpriority creditor's name and mailing address** | $Undetermined

PHELPS DODGE INDUSTRIES, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.507** | **Nonpriority creditor's name and mailing address** | $Undetermined

PHELPS DODGE INDUSTRIES, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.508** | **Nonpriority creditor's name and mailing address** | $Undetermined

PHILIP G. WYELS, ASSISTANT CHIEF COUNSEL
CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION
1515 CLAY STREET, SUITE 1400
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.509** | **Nonpriority creditor's name and mailing address** | $Undetermined

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.510** | **Nonpriority creditor's name and mailing address** | $Undetermined

PHILIPS ELECTRONICS NORTH AMERICA CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.511** | **Nonpriority creditor's name and mailing address** | $15,114.00

PHOCAS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.512 | **Nonpriority creditor's name and mailing address** | | $197.81 |
|---|---|---|---|

PITNEY BOWES

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.513 | **Nonpriority creditor's name and mailing address** | | $10,376.50 |
|---|---|---|---|

PLACON CORPORATION
6096 MACKEE RD
MADISON, WI 53719-5114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.514 | **Nonpriority creditor's name and mailing address** | | $4,326.97 |
|---|---|---|---|

PLITEK

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.515 | **Nonpriority creditor's name and mailing address** | | $43,001.96 |
|---|---|---|---|

PNEUMATIC SCALE
10 ASCOT PKWY
CUYAHOGA FALLS, OH 44223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.516 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

PNEUMO ABEX LLC SUC/INT TO ABEX CORPORATION
C/O RYCHNOVSKY, MARY
WILLIAMS VENKER & SANDERS LLC
100 NORTH BROADWAY, 21ST FLOOR
ST. LOUIS, MO 63102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.517** Nonpriority creditor's name and mailing address                                          $22,803.84

POLIMEROS Y DERIVADOS SA DE CV

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.518** Nonpriority creditor's name and mailing address                                          $Undetermined

POLLUTION CONTROL INDUSTRIES, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.519** Nonpriority creditor's name and mailing address                                          $Undetermined

POLLUTION CONTROL INDUSTRIES, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.520** Nonpriority creditor's name and mailing address                                          $53,099.62

POLYONE CORPORATION
33587 WALKER RD
AVON LAKE, OH 44012

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.521** Nonpriority creditor's name and mailing address                                          $69,635.38

PORTLAND PLASTICS COMPANY

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.522**   **Nonpriority creditor's name and mailing address**                                          $39.15

POSEY COUNTY TREASURER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.523**   **Nonpriority creditor's name and mailing address**                                          $296.70

POTTER-WEBSTER- ALBANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.524**   **Nonpriority creditor's name and mailing address**                                          $Undetermined

PPG INDUSTRIES
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.525**   **Nonpriority creditor's name and mailing address**                                          $Undetermined

PPG INDUSTRIES
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.526**   **Nonpriority creditor's name and mailing address**                                          $85,428.96

PPG INDUSTRIES INC
3333 N INTERSTATE 35
GAINESVILLE, TX 76240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.527 | **Nonpriority creditor's name and mailing address** | $940.76 |

PRAXAIR DISTRIBUTION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.528 | **Nonpriority creditor's name and mailing address** | $788.07 |

PRAXAIR DISTRIBUTION INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.529 | **Nonpriority creditor's name and mailing address** | $4,959.60 |

PRECISION METROLOGY
7350 N TEUTONIA AVE
MILWAUKEE, WI 53209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.530 | **Nonpriority creditor's name and mailing address** | $39,796.32 |

PRESSPART T & M - WATERTOWN
57 CALLENDER RD
PO BOX 268
WATERTOWN, CT 06795

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.531 | **Nonpriority creditor's name and mailing address** | $24,947.08 |

PRO TEX ALL
210 S MORTON AVE
EVANSVILLE, IN 47713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Champion Laboratories, Inc.
          Name

Case number (if known)  16-11359

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.532**

**Nonpriority creditor's name and mailing address**

$2,750.00

PT SELAMAT SEMPURNA TBK
JL RAYA LPPU CURUG NO 88 BITUNG
TANGERANG, 14470 INDONESIA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.533**

**Nonpriority creditor's name and mailing address**

$2,000.00

PURCHASE POWER

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.534**

**Nonpriority creditor's name and mailing address**

$7,643.22

QCD PACKAGING INCORPORATED
2106 S EVANS AVE
EVANSVILLE, IN 47713

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.535**

**Nonpriority creditor's name and mailing address**

$7,231.34

QUALITY PRODUCTS INC
3100 INDUSTRIAL PKWY
NEVADA, MO 64772

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.536**

**Nonpriority creditor's name and mailing address**

$540.25

QUICKPARTS.COM INC
333 THREE D SYSTEMS CIR
ROCK HILL, SC 29745

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.537 | **Nonpriority creditor's name and mailing address** | | $7,651.11 |
|---|---|---|---|

R D JONES INCORPORATED
RICHARD D JONES
563 WELCH CIR
LAKE BARRINGTON, IL 60010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.538 | **Nonpriority creditor's name and mailing address** | | $4,225.00 |
|---|---|---|---|

R L POLK & COMPANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.539 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

R.T.VANDERBILT COMPANY, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.540 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

R.T.VANDERBILT COMPANY, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.541 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

RAIL SERVICES, INC.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.542 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

RAINS, BILLY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | | $8,858.87 |
|---|---|---|---|

RAM-PAK FILTER MANUFACTURING CO LLC
4931 STATE RT 121 NORTH
PO BOX 568
MURRAY, KY 42071-0568

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | | $5,957,045.03 |
|---|---|---|---|

RANDALL METALS CORPORATION
2483 GREENLEAF AVE
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | | $16,508.52 |
|---|---|---|---|

REBSTOCK CONVEYORS INCORPORATED
810 FEE FEE RD
MARYLAND HEIGHTS, MO 63043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | | $2,814.00 |
|---|---|---|---|

RED E PARTS INC
2250 N OPDYKE RD
AUBURN HILLS, MI 48326

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.547** | **Nonpriority creditor's name and mailing address** | $3,349.00

REED SMITH LLP
DEPARTMENT 33489
PO BOX 39000
SAN FRANCISCO, CA 94139

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.548** | **Nonpriority creditor's name and mailing address** | $Undetermined

REED SMITH LLP
DEPARTMENT 33489
PO BOX 39000
SAN FRANCISCO, CA 94139

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Environmental Liability

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.549** | **Nonpriority creditor's name and mailing address** | $Undetermined

REGAL BELOIT CORPORATION / GROVE GEAR DIV.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.550** | **Nonpriority creditor's name and mailing address** | $24,588.60

RELIABLE PLATING WORKS INC
5230 S 13TH ST
PO BOX 210500
MILWAUKEE, WI 53221

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.551** | **Nonpriority creditor's name and mailing address** | $31,248.00

RELIANCE TOOL & MANUFACTURING COMPANY
617 N STATE ST
ELGIN, IL 60123

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

Debtor   Champion Laboratories, Inc.
        _____
        Name

Case number *(if known)* __16-11359__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.552** | **Nonpriority creditor's name and mailing address** | $15.86

REPFORCE INCORPORATED
530 TURNER INDUSTRIAL WAY
ASTON, PA 19014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | $37,785.84

REPI LLC
2825 REPI CT
DALLAS, NC 28034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | $63,575.79

REPUBLIC SERVICES OF INDIANA L

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | $Undetermined

RESCO HOLDINGS LLC
C/O JUDGE, MCRAY
SWANSON MARTIN & BELL LLP
330 N. WABASH, SUITE 3300
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | $119.08

REWORK & QUALITY SERVICE
R & Q DURHOLT GMBH & CO KG SERVICES
WINKELSWEG 183
LANGENFELD, D 40764 GERMANY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   Champion Laboratories, Inc.
          _____
          Name

Case number (if known)   16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.557**   **Nonpriority creditor's name and mailing address**                     $Undetermined

RINECO
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.558**   **Nonpriority creditor's name and mailing address**                     $Undetermined

RINECO
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.559**   **Nonpriority creditor's name and mailing address**                     $26,528.04

RIVERFRONT MACHINE INC
6B WOLFER INDUSTRIAL DR
SPRING VALLEY, IL 61362

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.560**   **Nonpriority creditor's name and mailing address**                     $289.00

ROBINSON DAILY NEWS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.561**   **Nonpriority creditor's name and mailing address**                     $23,593.80

ROCK VALLEY OIL & CHEMICAL CO
1911 WINDSOR RD
ROCKFORD, IL 61111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.562** | **Nonpriority creditor's name and mailing address** | **$583.84**

ROCKY MOUNTAIN REP AGENCY
6082 S MILLBROOK CT
AURORA, CO 80016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.563** | **Nonpriority creditor's name and mailing address** | **$1,537.64**

ROEHL TRANSPORT INCORPORATED
1916 E 29TH ST
PO BOX 750
MARSHFIELD, WI 54449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.564** | **Nonpriority creditor's name and mailing address** | **$1,440.66**

RON'S CUSTOM HEATING & COOLING
16070 TIMBERVIEW
CLINTON TOWNSHIP, MI 48036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.565** | **Nonpriority creditor's name and mailing address** | **$2,688.10**

ROSTAR AUTOMOTIVE FILTER MFG CORP
1721 FISKE PL
OXNARD, CA 93033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.566** | **Nonpriority creditor's name and mailing address** | **$52,606.18**

ROTHKOPF & ASSOCIATES INC
555 SPIRIT OF ST LOUIS BLVD
CHESTERFIELD, MO 63005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.567 | **Nonpriority creditor's name and mailing address** | | $93.10 |
|---|---|---|---|

ROUGH COUNTRY SPORTS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.568 | **Nonpriority creditor's name and mailing address** | | $30,222.12 |
|---|---|---|---|

ROY METAL FINISHING

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.569 | **Nonpriority creditor's name and mailing address** | | $439.26 |
|---|---|---|---|

ROYAL PURPLE
1 ROYAL PURPLE LN
PORTER, TX 77365

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.570 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

ROYAL PURPLE
1 ROYAL PURPLE LN
PORTER, TX 77365

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Royalty Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.571 | **Nonpriority creditor's name and mailing address** | | $244.77 |
|---|---|---|---|

RPS MARKETING LLC
ATTN BRANDI ESSLER
PO BOX 26948
PHOENIX, AZ 85068

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.572 | Nonpriority creditor's name and mailing address | | $127,624.93 |
|---|---|---|---|

RTS PACKAGING LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.573 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

RUIZ, VICTOR

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.574 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

RUIZ, VICTOR T

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.575 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

RUSSELBURG, KCEE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.576 | Nonpriority creditor's name and mailing address | | $62.90 |
|---|---|---|---|

RUSSELL SAKAMOTO DBA RS ISLAND

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.577** | **Nonpriority creditor's name and mailing address** | $Undetermined

RUST INTERNATIONAL INC
C/O JUDGE, MCRAY
SWANSON MARTIN & BELL LLP
330 N. WABASH, SUITE 3300
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.578** | **Nonpriority creditor's name and mailing address** | $10,534.29

RUTLEDGE & ASSOCIATES
DWIGHT D RUTLEDGE
3511 SHADY VILLAGE DR
KINGWOOD, TX 77345

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address** | $6,160.31

SAFETY-KLEEN CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address** | $Undetermined

SAFETY-KLEEN SYSTEMS, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address** | $Undetermined

SAFETY-KLEEN SYSTEMS, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.582** Nonpriority creditor's name and mailing address
$493.65

SAM PACKAGING LLC
5535 W 110TH ST UNIT 9
OAK LAWN, IL 60453-5002

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

**3.583** Nonpriority creditor's name and mailing address
$Undetermined

SAULS, KATHLEEN

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Workers Compensation Claim

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

**3.584** Nonpriority creditor's name and mailing address
$152,819.82

SC SUPPLY CHAIN MANAGEMENT LLC
90 BROAD ST STE 1504
NEW YORK, NY 10004

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

**3.585** Nonpriority creditor's name and mailing address
$6,471.48

SCOTT SPECIAL TOOLS INCORPORATED
515 HUBER PARK CT
SAINT CHARLES, MO 63304

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

**3.586** Nonpriority creditor's name and mailing address
$22,665.00

SCOTT-DOUGLAS PLASTICS LTD
50 JANES RD
PO BOX 65
INGERSOLL, ON N5C 3K1 CANADA

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.587** | **Nonpriority creditor's name and mailing address** | $360.00

SECRETARY OF STATE- ILLINOIS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.588** | **Nonpriority creditor's name and mailing address** | $2,526.00

SERVICE ENGINEERING INCORPORATED
2190 W MAIN ST
PO BOX 5001
GREENFIELD, IN 46140

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.589** | **Nonpriority creditor's name and mailing address** | $Undetermined

SET ENVIRONMENTAL, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.590** | **Nonpriority creditor's name and mailing address** | $Undetermined

SET ENVIRONMENTAL, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.591** | **Nonpriority creditor's name and mailing address** | $Undetermined

SEYMOUR ROTHSTEIN
C/O MICHAEL J. FLAHERTY & COREY S. BERMAN, FLAHERTY & YOUNGERMAN, P.C.
20 S. CLARK STREET, SUITE 1050
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 12 L 3451

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.592 | Nonpriority creditor's name and mailing address | | $250,104.93 |
|---|---|---|---|

SHANGHAI SWEET AUTO PARTS CO LTD
NO 20 LIUCHEN RD
LIUTUAN TOWN
PUDONG SHANGHAI, CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

SHELL OIL COMPANY AND ITS AFFILIATES AND SUBSIDIARIES
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

SHELL OIL COMPANY AND ITS AFFILIATES AND SUBSIDIARIES
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | | $Undetermined |
|---|---|---|---|

SHELTON, DOROTHY

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | | $8,523.64 |
|---|---|---|---|

SHERWIN-WILLIAMS
6149 WEDEKING AVE
EVANSVILLE, IN 47715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.597  **Nonpriority creditor's name and mailing address**                          $403.39

SHIBUYA HOPPMANN CORPORATION
13129 AIRPARK DR STE 120
ELKWOOD, VA 22718

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.598  **Nonpriority creditor's name and mailing address**                          $5,365.50

SIMPSON TRANSPORTATION INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.599  **Nonpriority creditor's name and mailing address**                          $232.00

SLMO INC DBA ARCH ENGRAVING

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.600  **Nonpriority creditor's name and mailing address**                          $36,931.77

SMITH & BUTTERFIELD
2800 LYNCH RD
PO BOX 3446
EVANSVILLE, IN 47733-3446

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.601  **Nonpriority creditor's name and mailing address**                          $1,953.51

SMITH JEWELERS, INC.

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.602** | **Nonpriority creditor's name and mailing address** | $Undetermined

SMITH, THOMAS

**As of the petition filing date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

**3.603** | **Nonpriority creditor's name and mailing address** | $Undetermined

SNAP ON TOOLS COMPANY LLC
C/O ZELLMER, MARK G, HUSCH BLACKWELL LLP
THE PLAZA IN CLAYTON
190 CARONDELET PLAZA, SUITE 600
ST LOUIS, MO 63105

**As of the petition filing date, the claim is:**
Check all that apply.

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

**3.604** | **Nonpriority creditor's name and mailing address** | $2,690.54

SODICK INC
1605 N PENNY LN
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

**3.605** | **Nonpriority creditor's name and mailing address** | $51.14

SOUTH PARK WELDING SUPPLIES LLC
50 GRATIOT BLVD
MARYSVILLE, MI 48040

**As of the petition filing date, the claim is:**
Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

**3.606** | **Nonpriority creditor's name and mailing address** | $108,218.38

SOUTHERN GRAPHIC SYSTEMS LLC

**As of the petition filing date, the claim is:**
Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number _(if known)_ 16-11359 |
|---|---|---|
| | Name | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.607**   **Nonpriority creditor's name and mailing address**                                      $625.00

SOUTHERN IL SCALE AND CONSTRUCTION
430 W SOUTH AVE
NOBLE, IL 62868

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**        [X] No
        [ ] Yes

---

**3.608**   **Nonpriority creditor's name and mailing address**                                      $46.65

SOUTHERN ILLINOIS LUMBER-  ALB

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**        [X] No
        [ ] Yes

---

**3.609**   **Nonpriority creditor's name and mailing address**                                      $48,706.45

SPANTEK
1520 5TH ST S
HOPKINS, MN 55343-7812

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [X] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**        [X] No
        [ ] Yes

---

**3.610**   **Nonpriority creditor's name and mailing address**                                      $821.50

SPATI INDUSTRIES INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**        [X] No
        [ ] Yes

---

**3.611**   **Nonpriority creditor's name and mailing address**                                      $1,490.00

SPATI INDUSTRIES INCORPORATED
10 KENNER ST
LUDLOW, KY 41016

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**        [X] No
        [ ] Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 126 of 152

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.612**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

SPIRIT SERVICES, INC., (PARENT/SUCCESSOR TO COMMUNITY
TOWEL AND UNIFORM AND VAN DYNE & CROTTY)
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.613**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

SPRINGMEYER, EVALEE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.614**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

SPRINKMANN INSULATION INC
1028 S. W. WASHINGTON ST
PEORIA, IL 61602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.615**  **Nonpriority creditor's name and mailing address**                                    $Undetermined

SPRINKMANN SONS CORPORATION
C/O KEELER, WILLIAM E
CRIVELLO CARLSON SC
710 NORTH PLANKINTON AVENUE, SUITE 500
MILWAUKEE, WI 53203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.616**  **Nonpriority creditor's name and mailing address**                                    $3,665.16

SPX FILTRAN DIVISION AFTERMARKET
PO BOX 328
875 SEEGERS RD
DES PLAINES, IL 60016-3098

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|--------|-----------------------------|-----------------------------------|
|        | Name                        |                                   |

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.617 | **Nonpriority creditor's name and mailing address** | | $163.00 |
|---|---|---|---|
| | ST MARY'S OCCUPATIONAL MEDICIN | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No <br> ☐ Yes | |

| 3.618 | **Nonpriority creditor's name and mailing address** | | $1,223,168.67 |
|---|---|---|---|
| | STANDARD GROUP LLC THE <br> 2415 PLANTSIDE DR <br> LOUISVILLE, KY 40299 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No <br> ☐ Yes | |

| 3.619 | **Nonpriority creditor's name and mailing address** | | $4,337.00 |
|---|---|---|---|
| | STANDARD MACHINE & FABRICATION <br> 603 FRONT ST <br> CENTRAL CITY, KY 42330 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No <br> ☐ Yes | |

| 3.620 | **Nonpriority creditor's name and mailing address** | | $1,191.00 |
|---|---|---|---|
| | STANDARD MOTOR PRODUCTS INC <br> 1300 W OAK ST <br> INDEPENDENCE, KS 67301 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No <br> ☐ Yes | |

| 3.621 | **Nonpriority creditor's name and mailing address** | | $343.35 |
|---|---|---|---|
| | STAPLES ADVANTGE <br> 500 STAPLES DR <br> FRAMINGHAM, MA 01702 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No <br> ☐ Yes | |

Debtor   Champion Laboratories, Inc.
_____
Name

Case number (if known)   16-11359

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.622** | **Nonpriority creditor's name and mailing address** | $Undetermined

STEELCASE INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.623** | **Nonpriority creditor's name and mailing address** | $Undetermined

STEELCASE INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.624** | **Nonpriority creditor's name and mailing address** | $1,874.00

STEGG LTD
294 UNIVERSITY AVE
BELLEVILLE, ON K8N 5S6 CANADA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.625** | **Nonpriority creditor's name and mailing address** | $22,991.04

STERLING SALES & ENGINEERING
324 S STERLING AVE
PO BOX 164
VEEDERSBURG, IN 47987

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.626** | **Nonpriority creditor's name and mailing address** | $35,283.69

STERLING SPRING LLC
4500 W DIVISION ST
CHICAGO, IL 60651

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 129 of 152

| Debtor | Champion Laboratories, Inc. | Case number _(if known)_ 16-11359 |
|---|---|---|
| | Name | |

<table>
<tr><td><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.627 | **Nonpriority creditor's name and mailing address** | | $21,165.71 |
|---|---|---|---|
| | STERNBERG INCORPORATED | **As of the petition filing date, the claim is:** _Check all that apply._ | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.628 | **Nonpriority creditor's name and mailing address** | | $30,811.15 |
|---|---|---|---|
| | STEWART EFI 630 CENTRAL PARK AVE YONKERS, NY 10704-2000 | **As of the petition filing date, the claim is:** _Check all that apply._ | |
| | | ☐ Contingent | |
| | | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.629 | **Nonpriority creditor's name and mailing address** | | $1,952.42 |
|---|---|---|---|
| | STOCKWELL MANUFACTURING COMPANY 4971 CLAY AVE SW GRAND RAPIDS, MI 49548 | **As of the petition filing date, the claim is:** _Check all that apply._ | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.630 | **Nonpriority creditor's name and mailing address** | | $24.00 |
|---|---|---|---|
| | STRATOSPHERE | **As of the petition filing date, the claim is:** _Check all that apply._ | |
| | | ☐ Contingent | |
| | | ☒ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.631 | **Nonpriority creditor's name and mailing address** | | $143.86 |
|---|---|---|---|
| | SUBWAY SANDWICHES | **As of the petition filing date, the claim is:** _Check all that apply._ | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.632**

**Nonpriority creditor's name and mailing address**

$33,230.25

SUNDARAM INDUSTRIES LIMITED
RUBBER FACTORY PO BOX 6
USILAMPATTI RD
MADURAI, 625 016 INDIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.633**

**Nonpriority creditor's name and mailing address**

$Undetermined

SUNOCO INC
C/O ZELLMER, MARK G, HUSCH BLACKWELL LLP
THE PLAZA IN CLAYTON
190 CARONDELET PLAZA, SUITE 600
ST LOUIS, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.634**

**Nonpriority creditor's name and mailing address**

$Undetermined

SUPERIOR OIL COMPANY INC
C/O PFEIFFER, SCOTT
CRAY HUBER HORSTMAN HEIL & VAN AUSDAL LLC
303 W. MADISON, SUITE 2200
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.635**

**Nonpriority creditor's name and mailing address**

$28.00

SUPPLIER INS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.636**

**Nonpriority creditor's name and mailing address**

$326.03

SUPPLY CHAIN SERVICES INTERNATIONAL LLC
8515 N UNIVERSITY ST
PEORIA, IL 61615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.637**  **Nonpriority creditor's name and mailing address**                                      $5,230.63

SWIFT FILTERS INCORPORATED
24040 FORBES RD
OAKWOOD, OH 44146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.638**  **Nonpriority creditor's name and mailing address**                                      $1,215.00

TAA TOOLS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.639**  **Nonpriority creditor's name and mailing address**                                      $64,758.63

TAUBENSEE STEEL & WIRE CO
600 DIENS DR
WHEELING, IL 60090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.640**  **Nonpriority creditor's name and mailing address**                                      $36,860.00

TAURUS INTERNATIONAL
275 N FRANKLIN TPKE
RAMSEY, NJ 07446

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.641**  **Nonpriority creditor's name and mailing address**                                      $Undetermined

TAYLOR, JENNIFER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.642 | **Nonpriority creditor's name and mailing address** | $Undetermined |

TAYLOR, NANCY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.643 | **Nonpriority creditor's name and mailing address** | $288.00 |

TERMINIX PROCESSING CENTER

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.644 | **Nonpriority creditor's name and mailing address** | $138,594.85 |

TETRA POLYMER SOLUTIONS INC
8607 FERRIS
HOUSTON, TX 77096

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.645 | **Nonpriority creditor's name and mailing address** | $Undetermined |

TEVA PHARMACEUTICALS USA, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.646 | **Nonpriority creditor's name and mailing address** | $Undetermined |

TEVA PHARMACEUTICALS USA, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Champion Laboratories, Inc.
          _____
          Name

Case number *(if known)* 16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.647 | **Nonpriority creditor's name and mailing address** | $Undetermined

TEXACO INC
C/O VARNEY, ROBERT
VARNEY, ROBERT T & ASSOCIATES
121 NORTH MAIN STREET, 4TH FLOOR
BLOOMINGTON, IL 61701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.648 | **Nonpriority creditor's name and mailing address** | $Undetermined

TEXAS GAS TRANSMISSION, LLC
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.649 | **Nonpriority creditor's name and mailing address** | $Undetermined

TEXAS GAS TRANSMISSION, LLC
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.650 | **Nonpriority creditor's name and mailing address** | $Undetermined

TEXTILEATHER CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.651 | **Nonpriority creditor's name and mailing address** | $Undetermined

TEXTILEATHER CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.652 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

THE HANOVER GROUP
PO BOX 15148
WORCESTER, MA 01615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.653 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

THE HOUSING FOUNDATION
353 MAIN STREET
ORONO, ME 04473

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.654 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

THE LUBRIZOL CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON,
PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.655 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

THE LUBRIZOL CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.656 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

THE PREMCOR REFINING GROUP, INC. (F/K/A CLARK OIL & REFINING
CORPORATION AND CLARK REFINING & MARKETING, INC.)
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Champion Laboratories, Inc.

Case number *(if known)*  16-11359

Name

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.657 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

THOMASON, DUSTIN

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Workers Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.658 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

THREE RIVERS MANAGEMENT, INC., AGENT FOR BEAZER EAST, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.659 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

THREE RIVERS MANAGEMENT, INC., AGENT FOR BEAZER EAST, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.660 | **Nonpriority creditor's name and mailing address** | | $10,596.95 |

TI GROUP

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [X] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

| 3.661 | **Nonpriority creditor's name and mailing address** | | $472.09 |

TJ MARCHE LTD
11 N 5TH ST
ALBION, IL 62806-1021

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.662 | **Nonpriority creditor's name and mailing address** | | $54,811.99 |
|---|---|---|---|

TOTAL FLEET SOLUTIONS LTD

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.663 | **Nonpriority creditor's name and mailing address** | | $2,621.13 |
|---|---|---|---|

TOTAL QUALITY ASSURANCE INTL INC
3055 E BRISTOL RD
BURTON, MI 48529

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.664 | **Nonpriority creditor's name and mailing address** | | $2,592.00 |
|---|---|---|---|

TOTAL SOURCING SOLUTIONS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.665 | **Nonpriority creditor's name and mailing address** | | $15,219.09 |
|---|---|---|---|

TOYOBO KUREHA AMERICA CO

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.666 | **Nonpriority creditor's name and mailing address** | | $793.90 |
|---|---|---|---|

TR2 CORPORATION
382 NEWARK-POMPTON TPKE STE 1
WAYNE, NJ 07470

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.667 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

TRANE U.S., INC.
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | | $237,744.73 |
|---|---|---|---|

TRAX TECHNOLOGIES (WEEKLY)

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | | $84,902.97 |
|---|---|---|---|

TRELLEBORG SEALING SOLUTIONS M

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | | $498.40 |
|---|---|---|---|

TRI-STATE FIRE PROTECTION INC
10577 OAK GROVE RD
PO BOX 70
NEWBURGH, IN 47629-0070

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | | $350.00 |
|---|---|---|---|

TRISTAR
47810 GALLEON DR
PO BOX 701728
PLYMOUTH, MI 48170-0969

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.672**

**Nonpriority creditor's name and mailing address**

TRUSTEES OF THE CF SYNDICATE

$Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Asset Retire Obligation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.673**

**Nonpriority creditor's name and mailing address**

TSD TECHNOLOGIES
8801 YORKTOWN RD
EVANSVILLE, IN 47725

$12,891.00

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.674**

**Nonpriority creditor's name and mailing address**

UCI ACQUISITION HOLDINGS (NO. 4) LLC
1900 W. FIELD COURT
LAKE FOREST, IL 60045

$124,113,230.07

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Long Term Intercompany Note Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.675**

**Nonpriority creditor's name and mailing address**

UFI FILTERS USA
110 FIRESTONE POINT E
DULUTH, GA 30166

$45,053.90

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.676**

**Nonpriority creditor's name and mailing address**

UNIFIRST CORPORATION
1300 AUBURN RD
PONTIAC, MI 48342

$64.56

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|--------|------|------|------|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.677**    **Nonpriority creditor's name and mailing address**                                                  $480.00

UNION SORTERS OF AMERICA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.678**    **Nonpriority creditor's name and mailing address**                                                  $352.00

UNION SORTERS OF AMERICA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.679**    **Nonpriority creditor's name and mailing address**                                                  $207,431.56

UNITEC KOREA INCORPORATED
# 584-3 SINRYONG - RI
DAEDUK - MYUN ANSUNG - SI
KYONGGI - DO, KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.680**    **Nonpriority creditor's name and mailing address**                                                  $3,572.70

UNITED POWER SERVICES INCORPORATED
817 FESSLERS PKWY
NASHVILLE, TN 37210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.681**    **Nonpriority creditor's name and mailing address**                                                  $Undetermined

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
USEPA WILLIAM JEFFERSON CLINTON BUILDING NORTH (WJC NORTH)
1200 PENNSYLVANIA AVENUE N.W.
WASHINGTON, DC 20004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
          _____
          Name

Case number *(if known)* 16-11359

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.682**   Nonpriority creditor's name and mailing address                                   $Undetermined

UNITED STATES STEEL CORPORATION
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.683**   Nonpriority creditor's name and mailing address                                   $Undetermined

UNITED STATES STEEL CORPORATION
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.684**   Nonpriority creditor's name and mailing address                                   $15,959.64

UPM INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.685**   Nonpriority creditor's name and mailing address                                   $Undetermined

URS CORPORATION PARENT OF URS ENERGY & CONSTRUCTION INC FKA
C/O BURKE, KENNETH, BROWN & JAMES PC
RICHLAND PLAZA 1
525 WEST MAIN STREET, SUITE 200
BELLEVILLE, IL 62220-1547

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.686**   Nonpriority creditor's name and mailing address                                   $2,159.91

USF HOLLAND INCORPORATED
27052 NETWORK PL
CHICAGO, IL 60673-1270

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.687 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

UTILITY TRAILER MANUFACTURING CO
C/O FOOTE, WILLIAM C
FOLEY & MANSFIELD-ST LOUIS
101 SOUTH HANLEY ROAD, STE 600
ST. LOUIS, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

| 3.688 | **Nonpriority creditor's name and mailing address** | | $21,176.81 |
|---|---|---|---|

VALLEY ELECTRIC SUPPLY CORPORATION
110 EXECUTIVE BLVD
PO BOX 724
VINCENNES, IN 47591-0724

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

| 3.689 | **Nonpriority creditor's name and mailing address** | | $1,533.00 |
|---|---|---|---|

VALLEY STEEL STAMP INC
15 GREENFIELD ST
GREENFIELD, MA 01301

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

| 3.690 | **Nonpriority creditor's name and mailing address** | | $269.59 |
|---|---|---|---|

VALVOLINE- LEXINGTON

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

| 3.691 | **Nonpriority creditor's name and mailing address** | | $2,567.94 |
|---|---|---|---|

VCA NORTH AMERICA OFFICE

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

Debtor    Champion Laboratories, Inc.                    Case number *(if known)* 16-11359
        Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.692**    **Nonpriority creditor's name and mailing address**         $3,379.96

VENDAIR VENDING

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**      ☒ No
         ☐ Yes

---

**3.693**    **Nonpriority creditor's name and mailing address**         $210.46

VERIZON CALIFORNIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**      ☒ No
         ☐ Yes

---

**3.694**    **Nonpriority creditor's name and mailing address**         $Undetermined

VERTELLUS SPECIALTIES, INC. (F/K/A REILLY INDUSTRIES, INC.)
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**      ☒ No
         ☐ Yes

---

**3.695**    **Nonpriority creditor's name and mailing address**         $1,250.00

VERTICAL DEVELOPMENT INCORPORA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**      ☒ No
         ☐ Yes

---

**3.696**    **Nonpriority creditor's name and mailing address**         $882.36

VORNE INDUSTRIES INC
1445 INDUSTRIAL DR
ITASCA, IL 60143-1849

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**      ☒ No
         ☐ Yes

---

Debtor    Champion Laboratories, Inc.
          Name

Case number (if known)  16-11359

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.697** | Nonpriority creditor's name and mailing address | $313,499.41

WABASH CONTAINER CORPORATION

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.698** | Nonpriority creditor's name and mailing address | $Undetermined

WARREN PUMPS LLC FKA WARREN PUMPS INC
C/O SCHILLING, DREW M
HEYL ROYSTER VOELKER & ALLEN PC-PEORIA
300 HAMILTON BOULEVARD, PO BOX 6199
PEORIA, IL 61601-6199

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.699** | Nonpriority creditor's name and mailing address | $1,890.00

WARTROM MACHINE SYSTEMS INC
22786 PATMORE DR
CLINTON TOWNSHIP, MI 48036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.700** | Nonpriority creditor's name and mailing address | $Undetermined

WASTE CONTROL SPECIALISTS LLC
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.701** | Nonpriority creditor's name and mailing address | $Undetermined

WASTE CONTROL SPECIALISTS LLC
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.702 | **Nonpriority creditor's name and mailing address** | | $217.00 |
|---|---|---|---|

WATER ENERGIZERS INCORPORATED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.703 | **Nonpriority creditor's name and mailing address** | | $209.71 |
|---|---|---|---|

WATERING CAN THE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.704 | **Nonpriority creditor's name and mailing address** | | $29,693.54 |
|---|---|---|---|

WAYNE COUNTY PRESS
213 E MAIN ST
FAIRFIELD, IL 62837-2028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.705 | **Nonpriority creditor's name and mailing address** | | $93.00 |
|---|---|---|---|

WEARCHECK USA AND DBA LUBRIGARD US
501 MADISON AVE
CARY, NC 27513

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.706 | **Nonpriority creditor's name and mailing address** | | $200.00 |
|---|---|---|---|

WELLS FARGO FINANCIAL LEASING

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.707 | **Nonpriority creditor's name and mailing address** | | $22,100.00 |
|---|---|---|---|

WELLS MANUFACTURING CORPORATION
26 S BROOKE ST
FOND DU LAC, WI 54935

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | | $21.52 |
|---|---|---|---|

WESCO DISTRIBUTION INC
401 S 3RD AVE
EVANSVILLE, IN 47708

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | | $1,003,984.13 |
|---|---|---|---|

WEST TROY LLC
650 OLYMPIC DR
TROY, OH 45373

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

WESTLAKE VINYLS, INC.
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | | $Undetermined |
|---|---|---|---|

WESTLAKE VINYLS, INC.
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Champion Laboratories, Inc.
Name

Case number (if known) 16-11359

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.712**   Nonpriority creditor's name and mailing address

$Undetermined

WEYERHAEUSER NR COMPANY
C/O W. FLETCHER MCMURRY SCHROCK, MCMURRY & LIVINGSTON, PLLC
333 BROADWAY
PO BOX 1700
PADUCAH, KY 42002-1700

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.713**   Nonpriority creditor's name and mailing address

$Undetermined

WEYERHAEUSER NR COMPANY
C/O GARY D. JUSTIS, THE JUSTIS LAW FIRM LLC
10955 LOWEL AVE., SUITE 520
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.714**   Nonpriority creditor's name and mailing address

$Undetermined

WHEELER LUMBER, LLC
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.715**   Nonpriority creditor's name and mailing address

$107.40

WHEELTIME (CND)
% COSTELLO HILL & COMPANY LLP
PO BOX 2610
GREENSBORO, NC 27402

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.716**   Nonpriority creditor's name and mailing address

$Undetermined

WILLIAM POWELL COMPANY
C/O NEWPORT, MICHAEL W
FOLEY & MANSFIELD-ST LOUIS
101 SOUTH HANLEY ROAD, STE 600
ST. LOUIS, MO 63105

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.717** | **Nonpriority creditor's name and mailing address** | $427,946,377.60

WILMINGTON TRUST, N.A. AS TRUSTEE
ATTN CORPORATE CAPITAL MARKETS - UCI ADMINISTRATOR
50 SOUTH SIXTH STREET, STE 1290
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Guarantor - 8.625% Senior Notes due 2019

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.718** | **Nonpriority creditor's name and mailing address** | $95,629.88

WIX CORPORATION
1 WIX WAY
PO BOX 1967
GASTONIA, NC 28053-1967

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.719** | **Nonpriority creditor's name and mailing address** | $278.40

WNOI RADIO
PO BOX 368
FLORA, IL 62839

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.720** | **Nonpriority creditor's name and mailing address** | $2,596,094.35

WORTHINGTON STEEL COMPANY
1205 DEARBORN DR
COLUMBUS, OH 43085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.721** | **Nonpriority creditor's name and mailing address** | $0.34

WORTHY, NORMA R

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
_____
          Name

Case number *(if known)*  16-11359
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.722**  **Nonpriority creditor's name and mailing address**                                                                      $972.00

WROY-WRUL
PO BOX 400
101 N CHURCH ST
CARMI, IL 62821-0400

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.723**  **Nonpriority creditor's name and mailing address**                                                                      $867.00

WSJD 100.5 FM
331 N MARKET ST
MOUNT CARMEL, IL 62863

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.724**  **Nonpriority creditor's name and mailing address**                                                                      $1,011.00

WVLN-AM WSEI-FM
PO BOX 1227
CORBIN, KY 40701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.725**  **Nonpriority creditor's name and mailing address**                                                                      $404.51

XPEDX

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.726**  **Nonpriority creditor's name and mailing address**                                                                      $399.70

XPO LOGISTICS INC

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* | 16-11359 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.727** | **Nonpriority creditor's name and mailing address** | $Undetermined

YORK INTERNATIONAL CORPORATION
C/O NICHOLAS M. HOLLAND, WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
300 BROADWAY STREET
PO BOX 995
PADUCAH, KY 42002-0995

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. CERCLA-04-2013-3751

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.728** | **Nonpriority creditor's name and mailing address** | $Undetermined

YOUNG GROUP LTD FKA YOUNG SALES CORPORATION
C/O GRIFFIN, NEAL
STINSON LEONARD STREET LLP - STL
7700 FORSYTH BLVD., SUITE 1100
ST LOUIS, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.729** | **Nonpriority creditor's name and mailing address** | $Undetermined

YOUNG INSULATION GROUP OF ST LOUIS INC
C/O SANTANGELO, JON
STINSON LEONARD STREET LLP - STL
7700 FORSYTH BLVD., SUITE 1100
ST LOUIS, MO 63105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.730** | **Nonpriority creditor's name and mailing address** | $43,586.64

ZHEJIANG WEITAI AUTOMOBILE PARTS CO LTD
NO 111 NANGAO RD ECONOMIC DEV ZONE
CHONGQING COUNTY HUZHOU CITY
ZHEJANG PROVINCE, CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.731** | **Nonpriority creditor's name and mailing address** | $30,151.05

ZINGA INDUSTRIES INC
2400 ZINGA DR
REEDSBURG, WI 53959

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Champion Laboratories, Inc.
_____
Name

Case number *(if known)*    16-11359
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.732 | **Nonpriority creditor's name and mailing address** | | $3,484.33 |

ZUMBIEL PACKAGING

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.733 | **Nonpriority creditor's name and mailing address** | | $Undetermined |

ZURN INDUSTRIES LLC FKA ZURN INDUSTRIES INC
C/O KRIPPNER, TIMOTHY
SEGAL MCCAMBRIDGE SINGER & MAHONEY-CHICAGO
233 S. WACKER DRIVE, SUITE 5500
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation Claim - Matter No. No. 13-L-1992

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor  Champion Laboratories, Inc.
_____
        Name

Case number *(if known)* 16-11359
_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $_____ 0.00<br>+ undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $_____ 598,190,927.60<br>+ undetermined amounts |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____ 598,190,927.60<br>+ undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  Champion Laboratories, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                     (State)

Case number (If known):  16-11359 _____  Chapter _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed in *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Supply Agreement | A L SOLUTIONS US INC <br> 133 WILLIAMS DR <br> RAMSEY, NJ 07446 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Supplier Agreement dated 9/1/14 | ACKLANDS - GRAINGER, INC. <br> PO BOX 7100 <br> WINNIPEG, MB R3C 3B3 CANADA |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Supplier Agreement dated 9/1/14 | ACKLANDS - GRAINGER, INC. <br> PO BOX 7100 <br> WINNIPEG, MB R3C 3B3 CANADA |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Sales Agreement dated Various | ADAM OPEL AG <br> BAHNOFSPLATZ <br> 65423 RUSSELSHEIM AM MAIN <br> GERMANY |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Letter of Agreement - Carquest 10/1/14 | ADVANCE STORES COMPANY <br> 7807 CREEKRIDGE CIRCLE <br> MINNEAPOLIS, MN 55439 |

Debtor    Champion Laboratories, Inc.                              Case number *(if known)*  16-11359
          Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement dated 01/01/2012 | ADVANCE STORES COMPANY, INCORPORATED AND ITS SUBSIDIARIES ATTN SENIOR VICE PRESIDENT, MECHANDISING 5008 AIRPORT RD ROANOKE, VA 24012 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement dated 01/01/2015 | AHLSTROM FILTRATION LLC 205 NEBO RD MADISONVILLE, KY 42431 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Terms and Contitions of Purchase | AHRESTY WILMINGTON CORPORATION 2627 S SOUTH ST WILMINGTON, OH 45177 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement dated 1/1/14 | AIOD - ASSOC. OF INDEPENDENT OIL DIST. 203 W. MAIN STREET MONTROSE, CO 81401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement dated 1/1/14 | AIOD - ASSOC. OF INDEPENDENT OIL DIST. 203 W. MAIN STREET MONTROSE, CO 81401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Scheduling Agreement Change dated 9-12-13 | ALLISON TRANSMISSION PO BOX 894 INDIANAPOLIS, IN 46206-0894 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Blanket Contracts (Various contract numbers, part numbers, and dates) | AM GENERAL LLC PO BOX 7025 SOUTH BEND, IN 46634-7005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement dated 4/13/11 | AMSOIL, INC.<br>925 TOWER AVENUE<br>SUPERIOR, WI 54880 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.14** | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement dated 4/13/11 | AMSOIL, INC.<br>925 TOWER AVENUE<br>SUPERIOR, WI 54880 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.15** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement with Stens dated 12/4/06 | ARIENS SPECIALTY - STENS<br>P.O. BOX 5185<br>JANESVILLE, WI 53547 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.16** | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement dated 04/01/2015 | ARTISTIC CARTON COMPANY<br>1975 BIG TIMBER ROAD<br>ELGIN, IL 60123 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.17** | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement dated 08/24/2015 | ASHLAND INC.<br>3499 BLAZER PARKWAY<br>LEXINGTON, KY 40509 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.18** | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement dated 11/21/2008<br>Mobil 1 30536 | AUTOZONE PARTS INC<br>ATTN: EXECUTIVE VP, PURCHASING<br>123 S FRONT STREET<br>MEMPHIS, TN 38103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.19** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement dated 01/23/2013 Main Acct. 3178 | AUTOZONE PARTS INC<br>ATTN: EXECUTIVE VP, PURCHASING<br>123 S FRONT STREET<br>MEMPHIS, TN 38103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | Advertising/Allow. dated 10/2/2014 - Mobil 1 30536 | AUTOZONE PARTS INC<br>ATTN: EXECUTIVE VP, PURCHASING<br>123 S FRONT STREET<br>MEMPHIS, TN 38103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement dated 10/21/2014 | AUTOZONE PARTS INC<br>ATTN: EXECUTIVE VP, PURCHASING<br>123 S FRONT STREET<br>MEMPHIS, TN 38103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement dated 10/02/2014 | AUTOZONE PARTS INC<br>ATTN: EXECUTIVE VP, PURCHASING<br>123 S FRONT STREET<br>MEMPHIS, TN 38103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | Advertising/Allow. Main Acct. 3178 3/29/16 | AUTOZONE PARTS INC<br>ATTN: EXECUTIVE VP, PURCHASING<br>123 S FRONT STREET<br>MEMPHIS, TN 38103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | BALDWIN FILTERS<br>4400 E HWY 30<br>KEARNEY, NE 68848 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | Vendor Agreement 7/8/07 | BLAIN SUPPLY<br>P.O. BOX 392<br>JANESVILLE, WI 53547 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | BOUTWELL OWENS & CO INC<br>251 AUTHORITY DDR<br>FITCHBURG, MA 01420 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___Champion Laboratories, Inc._____     Case number *(if known)* __16-11359_____
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (Various contract numbers, part numbers, and dates) | BRIGGS & STRATTON CORPORATION<br>PO BOX 7025<br>MILWAUKEE, WI 53201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Supplement (Various contract numbers, part numbers, and dates) | BRP US INC - DELOIT<br>PO BOX 597<br>STURTEVANT, WI 53177 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement 6/29/09 | CANADIAN TIRE<br>P.O. BOX 5008<br>BURLINGTON, ON L7R 0C1 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Licence Agreement 10/25/12 | CASTROL<br>WAKEFIELD HOUSE PIPERS WAY<br>SWINDON<br>WILTSHIRE, Sn3 1RE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Oil Filter Agreemetn 10/25/12 | CASTROL<br>WAKEFIELD HOUSE PIPERS WAY<br>SWINDON<br>WILTSHIRE, Sn3 1RE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | PO Change Request (Various numbers and part numbers) | CATERPILLAR SARL  C/O CATERPILLAR INC.<br>330 SW ADAMS ST<br>PEORIA, IL 61630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Compliance Information 8/6/10 | CHAMPION BRANDS<br>P.O. BOX 645<br>CLINTON, MO 64735 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Champion Laboratories, Inc.
         Name

Case number *(if known)*  16-11359

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Trademark License Agreement dated 3/1/13 | CHURCH & DWIGHT CO., INC.<br>500 CHARLES EWING BLVD.<br>EWING, NJ 08628 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Trademark License Agreement dated 3/1/13 | CHURCH & DWIGHT CO., INC.<br>500 CHARLES EWING BLVD.<br>EWING, NJ 08628 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Property Lease dated 08/01/2022 | D'AGOSTINI LAND COMPANY<br>38700 VAN DYKE AVE, SUITE 200<br>STERLING HEIGHTS, MI 48312 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | DONALDSON COMPANY<br>1400 W 94TH ST<br>PO BOX 1299<br>MINNEAPOLIS, MN 55440 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Blanket Purchase Agreement | DONALDSON COMPANY<br>P.O. BOX 1299<br>MINNEAPOLIS, MN 55440 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement dated 5/12/08 | EDPA<br>24165 SAXONY DRIVE<br>LAKE VILLA, IL 60046 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement dated 5/12/08 | EDPA<br>24165 SAXONY DRIVE<br>LAKE VILLA, IL 60046 |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Automotive Filter Agreement 2/1/15 | EXXON MOBIL<br>3225 GALLOWS ROAD<br>FAIRFAX, VA 22037 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement 11/26/14 | FACTORY MOTOR PARTS<br>1380 CORPORATE CENTER CURVE STE 200<br>EAGAN, MN 55121 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Indirect Materials and Logistics Services Purchasing General Terms and Conditions  Received 7-30-15 | FCA US LLC<br>CORPORATE ACCOUNTS PAYABLE<br>PO BOX 537927<br>LIVONIA, MI 48153 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Production and Mopar Purchasing General Terms and Conditions Received 7-30-15 | FCA US LLC<br>CORPORATE ACCOUNTS PAYABLE<br>PO BOX 537927<br>LIVONIA, MI 48153 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement 1/25/07 | FILPAC<br>P.O.  BOX 693<br>TOOELE, UT 84074 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement dated 12/01/2007 | FORD MOTOR COMPANY<br>ATTN DUANE HERRING, PURCHASE SUPERVISOR<br>1700 ROTUNDA DRIVE<br>DEARBORN, MI 48120 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement dated 01/01/2004 | FORD MOTOR COMPANY - VOLVO CAR CORPORATION |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.48** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement | FRAM GROUP<br>1100 WORLDWIDE BLVD<br>HEBRON, KY 41048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.49** | **State what the contract or lease is for and the nature of the debtor's interest** | Supplier Agreement 7/20/06 | GENERAL FILTERS<br>43800 GRAND RIVER AVE.<br>NOVI, MI 48375 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.50** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Parts Contract dated 2-22-16 for part #12640445 | GENERAL MOTORS / SAIC CORP LIMITED<br>118 CHANGJIANG RD ETDZ<br>YANTAI SHANDONG, 264006 CHINA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.51** | **State what the contract or lease is for and the nature of the debtor's interest** | Contract 3200004061 dated 1-7-15 Fuel pumps) | GENERAL MOTORS AFRICA & MIDDLE EAST FZE<br>ATTN MEDC ACCT PAYABLE DEPT<br>31 /FK /DYBAU /WIRKD /TRADE /CEBTER<br>PO BOX 9233<br>DUBAI<br>AE, |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.52** | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement dated Various | GENERAL MOTORS LLC<br>CUSTOMER CARE AND AFTER SALES<br>6200 GRAND POINTE DR<br>GRAND BLANC, MI 48439 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.53** | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement dated 06/06/2015 | GENERAL MOTORS LLC<br>CUSTOMER CARE AND AFTER SALES<br>6200 GRAND POINTE DR<br>GRAND BLANC, MI 48439 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.54** | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Agreement dated 12/01/2011 | GENERAL MOTORS LLC<br>300 RENAISSANCE CENTER<br>DETROIT, MI 48243 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor ___Champion Laboratories, Inc._____
        Name

Case number *(if known)* __16-11359_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Sales Agreement dated Various | GENERAL MOTORS OF CANADA LIMITED<br>CUSTOMER CARE AND AFTER SALES<br>GENERAL MOTORS DU CANADA LIMITEE<br>GM SERVICES A LA CLIENTELE ET APRES-VENTE<br>1908 COLONEL SAM DRIVE<br>OSHAWA, ON L1H 8P7 CANADA |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Sales Agreement dated Various | GENERAL MOTORS OF CANADA LIMITED<br>CUSTOMER CARE AND AFTER SALES<br>GENERAL MOTORS DU CANADA LIMITEE<br>GM SERVICES A LA CLIENTELE ET APRES-VENTE<br>1908 COLONEL SAM DRIVE<br>OSHAWA, ON L1H 8P7 CANADA |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Sales Agreement dated 05/30/2014 | GENERAL MOTORS OF CANADA LTD<br>1908 COLONEL SAM DRIVE<br>OSHAWA, ON L1H 8P7 CANADA |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Sales Agreement dated 01/11/2016 | GM DE MEXICO S.DE R.L. DE C.V.<br>EJERCITO NACIONAL NO. 843<br>COLONIA GRANADA C.P. 11520<br>MEXICO CITY, MEXICO |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Contract | GM DMAX  C/O ACS<br>PO BOX 63730<br>PHOENIX, AZ 85082 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Supplier Agreement dated 3/3/10 | GONHER<br>AV MANUEL ORDONEZ 600<br>SANTA CATARINA<br>NL, 66350 MEXICO |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Supplier Agreement dated 3/3/10 | GONHER<br>AV MANUEL ORDONEZ 600<br>SANTA CATARINA<br>NL, 66350 MEXICO |

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.62** State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement dated 01/05/2016 | HAD TRUCK PRIDE<br>608 LAMBERT POINTE DR, BLDG C<br>HAZELWOOD, MO 63042 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.63** State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | HOLLINGSWORTH & VOSE COMPANY<br>112 WASHINGTON ST<br>EAST WALPOLE, MA 02032 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.64** State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement dated 10/2/10 | IMAM GROUP / IMPEX EARTHMOVERS<br>HOUSE-83, ROAD -03, BLOCK - F<br>BANANI<br>BANGLADESH, 01213 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.65** State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement dated 10/2/10 | IMAM GROUP / IMPEX EARTHMOVERS<br>HOUSE-83, ROAD -03, BLOCK - F<br>BANANI<br>BANGLADESH, 01213 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.66** State what the contract or lease is for and the nature of the debtor's interest | Automotive Filter Agreement 12/1/09 | IMPERIAL OIL<br>505 QUARRY PARK BLVD. S.E.<br>CALGARY, AB T2C 5N1 |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.67** State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement dated 05/01/2015 | INDUCONTROL, S.A. DE C.V.<br>CALLE GITANA NORTE #469<br>COLONIA SAN NICOLAS TOLENTINO<br>CIUDAD DE MÉXICO D.F., 13250 MEXICO |
| State the term remaining<br>List the contract number of any government contract | | |
| **2.68** State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreemetn dated 11/26/07 | INTERNATIONAL FILTERS<br>503 N. ELEVAR ST.<br>OXNARD, CA 93030 |
| State the term remaining<br>List the contract number of any government contract | | |

Debtor   Champion Laboratories, Inc.   Case number *(if known)*   16-11359
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement | INTERNATIONAL PAPER COMPANY |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement dated 10-27-10 | ISUZU MOTORS AMERICA LLC 1400 S DOUGLAS ST SUITE 100 ANAHEIM, CA 92806 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement dated 10/1/2013 | ITW LABELS 1 MISSOURI RESEARCH PARK DRIVE ST. CHARLES, MO 63304 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Production Purchasing Global Terms and Conditions dated 2-1-13 | JAGUAR LAND ROVER LTD UNIPART ACCT PAYABLE 2ND FL E UNITPART HOUSE GARSINGTON RD COWLEY GB, 0X4 2PG |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Supply Agreement dated 10/28/2014 | JASPER RUBBER PRODUCTS, INC 1010 FIRST AVENUE JASPER, IN 47546 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Scheduling Agreements (Various part numbers and dates) | JOHN DEERE POWER PRODUCTS 1630 HAL HENARD ROAD GREENEVILLE, TN 37743 |
| | **State the term remaining** **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Contractual Agreement dated 10/3/97 | K&N P.O. BOX 1329 RIVERSIDE, CA 92502 |
| | **State the term remaining** **List the contract number of any government contract** | | |

Debtor   Champion Laboratories, Inc.
         Name

Case number *(if known)*   16-11359

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Term and Condtions received 1-18-16 | KAWASAKI MOTORS MANUFACTURING CORP USA<br>28147 BUSINESS HWY 71<br>MARYVILLE, MO 64468 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Contracts 206301, 206300, 206302 dated 6-8-16 (Various part numbers and locations.) | KOHLER<br>444 HIGHLAND DR<br>KOHLER, WI 53044-0899 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Information Packet dated 2/21/11 | LOVE'S COUNTRY STORES<br>PO BOX 26210<br>OKLAHOMA CITY, OK 73126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Vendor Information Packet dated 2/21/11 | LOVE'S COUNTRY STORES<br>PO BOX 26210<br>OKLAHOMA CITY, OK 73126 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Luber-finer Program Sheet dated 4/16/08 | LUBBOCK TRUCK SALES, INC.<br>1801 E. SLATON HWY<br>LUBBOCK, TX 79404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Luber-finer Program Sheet dated 4/16/08 | LUBBOCK TRUCK SALES, INC.<br>1801 E. SLATON HWY<br>LUBBOCK, TX 79404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Purchasing Agreement dated 2-1-14 | MAGNETI MARELLI HOLDING USA<br>3900 AUTOMATION AVENUE<br>AUBURN HILLS, MI 48326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Champion Laboratories, Inc.
          Name

Case number *(if known)* 16-11359

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Scheduling Agreements (Various dates; part numbers 470-384049 & 470-384186.) | MAHLE FILTER SYSTEMS CANADA, ULC. ACCOUNTS PAYABLE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Sales and Purchase Agreement dated 6-25-09 | MAZDA MOTOR COMPANY 3-1 SHINCHI FUCHU-CHO AKI-GUN HIROSHIMA, JP |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Orders (various dates and part numbers) | MERCURY MARNE 316054 DIVISION OF BRUNSWICK CORP PO BOX 1337 FOND DU LAC, WI 54936 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement dated 01/01/2016 | MR. LUBE CANADA LIMITED PARTNERSHIP ATTN PRESIDENT & CEO 2330-6900 GRAYBAR ROAD RICHMOND, BC V6W 0A5 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement dated 3-8-07 | NAPCC - TOYOTA MOTOR SALES MAILSTOP G312 19001 S WESTERN AVE TORRANCE, CA 90501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement dated 3-8-07 | NAPCC - TOYOTA MOTOR SALES MAILSTOP G312 19001 S WESTERN AVE TORRANCE, CA 90501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreement dated 7/19/10 | PACCAR PARTS OF CANADA 750 HOUSER WAY N RENTON, WA 98057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Champion Laboratories, Inc. | Case number *(if known)* 16-11359 |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreement dated 7/19/10 | PACCAR PARTS OF CANADA<br>750 HOUSER WAY N<br>RENTON, WA 98057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreement dated 7/19/10 | PACCAR PARTS OF CANADA<br>750 HOUSER WAY N<br>RENTON, WA 98057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement dated 1/1/2014 | PACKAGING CORPORATION OF AMERICA<br>10185 WEST 66TH TERRACE<br>SHAWNEE, KS 66217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | Property Lease | PROFESSIONAL OFFICES LTD. I |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement dated 6/1/2013 | R.V. EVANS COMPANY<br>2325 E. LOGAN STREET<br>DECATUR, IL 62526 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement dated 07/01/2015 | RANDALL METALS CORPORATION<br>ATTN CHRIS LEFFINGWELL<br>2483 GREENLEAF AVE<br>ELK GROVE VILLAGE, IL 06007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement dated 11/1/11 | ROYAL PURPLE<br>ONE ROYAL PURPLE LANE<br>PORTER, TX 77365 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Champion Laboratories, Inc.                    Case number (if known)   16-11359
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement dated 6/1/2014 | RTS PACKAGING, LLC. 504 THRASHER STREET NORCROSS, GA 30071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement dated 9/5/08 | S&S TRUCK PARTS (NEWSTAR) 600 W. IRVING PARK RD. SCHAUMBURG, IL 60193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement dated 9/5/08 | S&S TRUCK PARTS (NEWSTAR) 600 W. IRVING PARK RD. SCHAUMBURG, IL 60193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement dated 01/01/2016 | SERVICE CHAMP INC ATTN FRED BERMAN, PRESIDENT 180 NEW BRITAIN BLVD CHALFONT, PA 18914 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Property Lease dated 01/16/2013 | THE NADINE WOLFE FAMILY LIMITED PARTNERSHIP |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | THE STANDARD GROUP LLC 2415 PLANTSIDE DR LOUISVILLE, KY 40299 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Property Lease dated 03/19/2002 | TRUSTEES OF THE CF SYNDICATE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Champion Laboratories, Inc.        Case number *(if known)*  16-11359
     Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.104** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Terms and Conditions Agreement dated 11/22/11 | UAP, INC.<br>7025 ONTARIO ST EAST<br>MONTREAL, QC H1N 2B3 CANADA |
| **2.105** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Terms and Conditions Agreement dated 11/22/11 | UAP, INC.<br>7025 ONTARIO ST EAST<br>MONTREAL, QC H1N 2B3 CANADA |
| **2.106** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Supplier Agreement dated 1/4/08 | UPTIME PARTS LLC<br>385 FENTON LANE UNIT A<br>WEST CHICAGO, IL 60185 |
| **2.107** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Supplier Agreement dated 1/4/08 | UPTIME PARTS LLC<br>385 FENTON LANE UNIT A<br>WEST CHICAGO, IL 60185 |
| **2.108** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Supplier Agreement 1/1/14 | VIPAR HEAVY DUTY, INC.<br>760 MCARDLE DR STE D<br>CRYSTAL LAKE, IL 60014 |
| **2.109** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Schedule A dated 9/11/15 | VIPAR HEAVY DUTY, INC.<br>760 MCARDLE DR STE D<br>CRYSTAL LAKE, IL 60014 |
| **2.110** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Supplier Agreement 1/1/14 | VIPAR HEAVY DUTY, INC.<br>760 MCARDLE DR STE D<br>CRYSTAL LAKE, IL 60014 |

Debtor ___Champion Laboratories, Inc._____   Case number *(if known)* __16-11359_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Schedule A dated 9/11/15 | VIPAR HEAVY DUTY, INC.<br>760 MCARDLE DR STE D<br>CRYSTAL LAKE, IL 60014 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement dated 6/10/13 | WABASH CONTAINER CORPORATION<br>1015 WEST 9TH STREET<br>MT. CARMEL, IL 62863 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | General Merchandise Supplier Agreement | WAL-MART (FOR PETRO CLEAR BRAND)<br>P.O. BOX 8040<br>BENTONVILLE, AR 72712 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement dated 10/06/2014 | WORTHINGTON STEEL<br>ATTN DOUG KOVACH<br>1205 DEARBORN DRIVE<br>COLUMBUS, OH 43085 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement dated 04/01/2015 | WORTHINGTON STEEL<br>ATTN DOUG KOVACH<br>1205 DEARBORN DRIVE<br>COLUMBUS, OH 43085 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement dated 5/6/13 | ZUMBIEL PACKAGING<br>2100 GATEWAY BLVD<br>HEBRON, KY 41048 |
| | State the term remaining<br>List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Champion Laboratories, Inc.

United States Bankruptcy Court for the: _____  District of  Delaware
                                                                          (State)

Case number (If known):  16-11359  _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Airtex Industries, LLC | 1900 W. FIELD COURT<br>LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D<br>☐ E/F<br>☐ G |
| 2.2  Airtex Industries, LLC | 1900 W. FIELD COURT<br>LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D<br>☒ E/F<br>☐ G |
| 2.3  Airtex Products, LP | 1900 W. FIELD COURT<br>LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D<br>☐ E/F<br>☐ G |
| 2.4  Airtex Products, LP | 1900 W. FIELD COURT<br>LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D<br>☒ E/F<br>☐ G |
| 2.5  ASC Holdco, Inc. | 1900 W. FIELD COURT<br>LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D<br>☐ E/F<br>☐ G |
| 2.6  ASC Holdco, Inc. | 1900 W. FIELD COURT<br>LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D<br>☒ E/F<br>☐ G |

| Debtor | Champion Laboratories, Inc. | Case number (if known) | 16-11359 |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | ASC Industries, Inc. | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D ☐ E/F ☐ G |
| 2.8 | ASC Industries, Inc. | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D ☒ E/F ☐ G |
| 2.9 | FRAM Group Operations, LLC | 1100 WORLDWIDE BLVD HEBRON, KY 41048 | HENGST OF N AMERICA | ☐ D ☒ E/F ☐ G |
| 2.10 | UCI Acquisition Holdings (No. 1) Corp | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D ☐ E/F ☐ G |
| 2.11 | UCI Acquisition Holdings (No. 1) Corp | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D ☒ E/F ☐ G |
| 2.12 | UCI Acquisition Holdings (No. 3) Corp | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D ☐ E/F ☐ G |
| 2.13 | UCI Acquisition Holdings (No. 3) Corp | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D ☒ E/F ☐ G |
| 2.14 | UCI Acquisition Holdings (No. 4) LLC | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D ☐ E/F ☐ G |
| 2.15 | UCI Acquisition Holdings (No. 4) LLC | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D ☒ E/F ☐ G |
| 2.16 | UCI Holdings Limited | LEVEL 10, 23 CUSTOMS ST. EAST AUCKLAND, 1010 NEW ZEALAND | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D ☐ E/F ☐ G |
| 2.17 | UCI Holdings Limited | LEVEL 10, 23 CUSTOMS ST. EAST AUCKLAND, 1010 NEW ZEALAND | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D ☒ E/F ☐ G |

| Official Form 206H | Schedule H: Codebtors | Page 2 of 3 |
|---|---|---|

| Debtor | Champion Laboratories, Inc. | Case number (if known) 16-11359 |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.18 | UCI International, LLC | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D ☐ E/F ☐ G |
| 2.19 | UCI International, LLC | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D ☒ E/F ☐ G |
| 2.20 | UCI Pennsylvania, Inc. | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D ☐ E/F ☐ G |
| 2.21 | UCI Pennsylvania, Inc. | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D ☒ E/F ☐ G |
| 2.22 | UCI-Airtex Holdings, Inc. | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D ☐ E/F ☐ G |
| 2.23 | UCI-Airtex Holdings, Inc. | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D ☒ E/F ☐ G |
| 2.24 | United Components, LLC | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH, AS ADMINISTRATIVE AGENT, COLLATERAL AGENT AND ISSUING LENDER | ☒ D ☐ E/F ☐ G |
| 2.25 | United Components, LLC | 1900 W. FIELD COURT LAKE FOREST, IL 60045 | WILMINGTON TRUST, N.A. AS TRUSTEE | ☐ D ☒ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  Champion Laboratories, Inc.

United States Bankruptcy Court for the: _____ District of: Delaware
                                                                    (State)

Case number (*If known*): 16-11359 _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒  *Schedule H: Codebtors* (Official Form 206H)

☒  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐  Amended *Schedule:* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    8/1/2016            ✗   /s/ Ricardo Felipe Alvergue
            ―――――――――――――             ――――――――――――――――――――――――――
                MM /DD/ YYYY               Signature of individual signing on behalf of debtor
                                          Ricardo Felipe Alvergue
                                          ――――――――――――――――――――――――――
                                          Printed name
                                          Chief Financial Officer
                                          ――――――――――――――――――――――――――
                                          Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**          150